UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case 1:08-cv-01592

Deborah D. Peterson, etc. et al
v.
Islamic Republic of Iran

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

X Plaintiffs, Deborah D. Peterson, etc. et al.

| SIGNATURE | [signature] | FILED MAY 12 2008 May 12 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
|---|---|---|
| FIRM | | |

STREET ADDRESS
2275 Half Day Road #350

CITY/STATE/ZIP
Bannockburn, Illinois 60015

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 0970719
TELEPHONE NUMBER: (847) 526-9202

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐