(Revised 02/01/01)

# United States District Court   Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | DEBORAH D. PETERON etc. et. al. | | |
|---|---|---|---|
| | | VS. | RECEIVED MAY 13 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| | ISLAMIC REPUBLIC OF IRAN etc. | | Defendant(s) |
| Case Number: 1:08-cv-01592 | | Judge: ROBERT W. GETTLEMAN | |

I, DAVID J. COOK, Esq. hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

Plaintiff Deborah D. Peterson etc. et. al. by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| SUPREME COURT, STATE OF CALFORNIA | Dec. 1974 |
| District Court, Northern District of California | Dec. 1974 |
| Ninth Circuit | 1980 (approx) |
| Eastern, Southern and Central District of California | 1980's (approx) |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | --- | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes [xxx]   No [ ]

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| Question | Yes | No |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | ☐ | XXX |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | ☐ | XXX |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | ☐ | XXX |
| denied admission to the bar of any court? | ☐ | XXX |
| held in contempt of court? | ☐ | XXX |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

May 10, 2008

Date

Signature of Applicant
DAVID J. COOK, Esq.

| Applicant's Name | Last Name: COOK | First Name: DAVID | Middle Name/Initial: JULIAN |
|---|---|---|---|
| Applicant's Law Firm | COOK COLLECTION ATTORNEYS, PLC. | | |
| Applicant's Address | Street Address (include suite or room number): 165 Fell Street | | State Bar Number: 060859 |
| | City: San Francisco | State: CA | ZIP Code: 94102 | Work Phone Number: (877) 989 4370 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

(Fee Stamp) **PAID**
RECEIPT # 46234 0042
**MAY 13 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

## ORDER

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: MAY 14, 2008

Robert W. Gettleman
United States District Judge



# Supreme Court of California

**FREDERICK K. OHLRICH**
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### DAVID JULIAN COOK

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that DAVID JULIAN COOK was on the 18TH day of DECEMBER 1974, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,
this 13th day of FEBRUARY, 2008.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By _____
Joseph Cornetta, Deputy Clerk



**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

February 14, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID JULIAN COOK, #60859 was admitted to the practice of law in this state by the Supreme Court of California on December 18, 1974; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records