

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 1 6 2008
MAY 1 6 2008
Judge Robert W. Gettleman
United States District Court

DEBORAH D. PETERSON, Personal )
Representative of the Estate of James )
C. Knipple (Dec.), et. al., )
                                        )
       Plaintiffs-Judgment Creditors, )   Case No.: 1:08-cv-01592
                                        )   08 cv 1592
vs. )   Judge Robert Gettleman
                                        )   Magistrate Judge Ashman
ISLAMIC REPUBLIC OF IRAN, et. al., )
                                        )
       Defendant-Judgment Debtors. )

## MOTION TO APPOINT SPECIAL PROCESS SERVER

Now comes DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) et. al., by and through her attorney, JAY J. GLENN and Moves this Honorable Court, pursuant to Rule 4.1 of the Federal Rules of Civil Procedure for the appointment of a special process server.

    1. That plaintiff requests that the Illinois Department of Professional Regulation Licensed Detective Agency of JOHN D. REA DETECTIVE AGENCY, License Number 117000992, be appointed special process server in this cause.

    2. All employees of JOHN D. REA DETECTIVE AGENCY #117000992 being over the age of 18 years of age and not a party to this cause.

DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Dec.) moves this court of appointment of JOHN D. REA DETECTIVE AGENCY as Special Process Server in this cause.

DATED: May 16, 2008

Plaintiffs, by their attorneys

By: 
JAY J. GLENN, ESQ

DAVID J. COOK, ESQ.
COOK COLLECTION ATTORNEYS
P.O. BOX 270
San Francisco, CA 94104-0270
Telephone: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@Squeezebloodfromturnip.com