IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Deborah D. Peterson, Representative of the Estate of Knipple, et al.,
**PLAINTIFF**

VS.

Islamic Republic of Iran
**DEFENDANT**

CASE NO. 1:08-cv-01592
08 cv 01592

**FILED**
MAY 16 2008
May 16 2008
Judge Robert W. Gettleman
United States District Court

## NOTICE OF MOTION

TO: David J. Cook, ESQ
P.O. Box 270
San Francisco, CA 94104-0270

On May 22, 2008, at 9:15 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman in a Courtroom 1703 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Motion To Appoint Special Process Server, DRAFT ORDER

Name: Jay J Glenn
Address: 2275 Half Day Rd #350
City / Zip: Bannockburn, IL 60015
Telephone: (847) 526-9202

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 16 day of May, 2008, I served a copy of this notice to each person whom it is directed by way of United States Mail E-Mail or Fax

_[signature]_
SIGNATURE / CERTIFICATION          5-16-2008
                                    DATE