# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1592 | DATE | 5/19/2008 |
| CASE TITLE | Deborah D. Peterson   vs   Islamic Republic of Iran, et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to appoint Special Process Server is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:00



| | Courtroom Deputy | GDS |
|---|---|---|