

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DEBORAH D. PETERSON, Personal )
Representative of the Estate of James )
C. Knipple (Dec.), et. al., )
)
    Plaintiffs-Judgment Creditors, )    Case No.: 1:08-cv-01592
)
vs. )    Judge Robert Gettleman
)    Magistrate Judge Ashman
ISLAMIC REPUBLIC OF IRAN, et. al., )
)
    Defendant-Judgment Debtors. )

## ORDER

Upon the Motion of Deborah D. Peterson, et al., Personal Representative of the Estate

of James C. Knipple (Deceased), et al. for appointment of a special process server.

ORDERED, that the Illinois Division of Professional Regulation Licensed Detective

Agency JOHN D. REA DETECTIVE AGENCY, License Number 117000992 and it's registered

employees are appointed Special Process Server in this Cause.

The JOHN D. REA DETECTIVE AGENCY mailing address is P.O. Box 263, Lamont, Illinois

60439-0263.

This _19_ day of May, 2008.

                    Robert W. Gettleman

                    Robert Gettleman
                    United States District Judge