**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Deborah D Peterson
                              Plaintiff,

v.                                                       Case No.: 1:08–cv–01592
                                                        Honorable Robert W. Gettleman

Islamic Republic of Iran et al
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 2, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: This case having been reassigned as related to 03 C 9370 which is pending on this court's calendar, a status hearing is hereby set for 7/8/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.