

# United States District Court
# Northern District of Illinois

In the Matter of

Peterson

v.

Islamic Republic of Iran, et al.

Case No. 08 C 1592

Designated Magistrate Judge
Martin C. Ashman

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Robert W. Gettleman** to be related to 03 C 9370 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Blanche M. Manning

Dated: May 28, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Blanche M. Manning**.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge James F. Holderman

Dated: MAY 2 9 2008

Finding of Relatedness (Rev. 9/99)