MHW

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN - 5 2008
6-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEBORAH D. PETERSON, etc. et. al. )
    Plaintiff )
)
vs. )
)
ISLAMIC REPUBLIC OF IRAN ) CASE NO. 08-CV-1592
    Defendant ) Judge Blanche M. Manning
) (Companion case to Case No. 03-CV-9370)
and )
) 08CV1592
THE FIELD MUSEUM OF NATURAL HISTORY, )
A NON PROFIT CORPORATION )
    Garnishee Defendant )

ANSWER TO
INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

ANSWER:   No
    (Yes or No)

2. If your answer is yes, describe the property:
Not Applicable

3. When you were served with summons, were you otherwise indebted to him or her, on matter when payable?

ANSWER: No (Question is unintelligible)
    (Yes or No)

4. If your answer is yes, state: Not Applicable
    Description: _____
    Amount: $ _____
    Date Due: _____

The Field Museum reasserts herein all defenses, exemptions, etc., previously asserted in Rubin et al. v. The University of Chicago, et al., No. 03-CV-9370. A copy of this Answer has been sent to counsel for the Islamic Republic of Iran.

AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED ON: June 3, 2008

_____

J. BRENNAN
Notary Public, State of Illinois
My Commission Expires
March 14, 2011

TOTAL P.04

## PROOF OF SERVICE

I, Terry Lanzi, a non-attorney, on oath state that I caused a true and correct copy of the attached ANSWER TO INTERROGATORIES TO GARNISHEE to be served upon all interested parties via Federal Express before the hour of 5:00 p.m. on Tuesday, June 5, 2008, addressed as follows:

| | |
|---|---|
| Jay J. Glenn, Esq.<br>2275 Half Day Road, Suite 350<br>Bannockburn, Illinois 60015 | Thomas G. Corcoran, Esq.<br>Berliner, Corcoran & Rowe LLP<br>1101 17th Avenue<br>Washington, D.C. 20376 |

_____
Terry Lanzi

SUBSCRIBED and SWORN to before
me this 5th day of June, 2008.

_____
Notary Public

```
**********************
  "OFFICIAL SEAL"
  MARY E. KLIMASARA
  Notary Public, State of Illinois
  My Commission Expires 11/16/10
**********************
```