UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, etc. et. al )<br>Plaintiff )<br>)<br>vs. )<br>)<br>ISLAMIC REPUBLIC OF IRAN )<br>Defendant )<br>)<br>and )<br>)<br>THE UNIVERSITY OF CHICAGO DBA )<br>THE ORIENTAL INSTITUTE )<br>Garnishee Defendant ) | CASE NO. 1:08-cv-01592 |

## ANSWERS TO INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

ANSWER(Yes or No):    **Yes**

2. If your answer is yes, describe the property:

   **Two collections of Iranian artifacts**. These collections are described in the affidavits of Matthew Stolper and Raymond Tindel, on file in Case No. 03 CV 9370 in this Court.

3. When you were served with summons, were you otherwise indebted to him or her, on matter when payable?

ANSWER(Yes or No):    **No**

4. N/A
The University of Chicago and the Oriental Institute hereby reserve all of its defenses to and rights concerning this proceeding, including those set forth in Case No. 03 CV 9370.

**AFFIDAVIT**

_____
Matthew G. Allison, counsel for Garnishee Defendant,
on oath states that the answers to the interrogatories are true.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED ON: June 10, 2008

CHIDMS1/2626003.1

## PROOF OF SERVICE

I, Jennifer Nagle, a non-attorney, on oath state that I caused a true and correct copy of the attached ANSWERS TO INTERROGATORIES TO GARNISHEE to be served upon the below parties via U.S. mail before the hour of 5:00 p.m. on Thursday, June 12, 2008, addressed as follows:

Jay J. Glenn, Esq.
2275 Half Day Road, Suite 350
Bannockburn, Illinois 60015

Thomas C. Corcoran, Esq.
Berliner, Corcoran & Rowe LLP
1101 17th Avenue
Washington, D.C. 20376

_/s/ Jennifer Nagle_
Jennifer Nagle

CHIDMS1/2626003.1