UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et. al., | ) ) ) Case No.: 108-CV-01592 |
| Plaintiffs-Judgment Creditors. | ) ) Judge Blanche M. Manning |
| vs. | ) ) |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) Date: June 19, 2008 ) Time: 11:00 a.m. ) Address of Court: |
| Defendants-Judgment Debtors. | ) 209 South Dearborn Avenue. ) Chicago, Ill 60604 |

## ORDER GRANTING NOTICE OF MOTION FOR APPOINTMENT OF RECEIVER

(THE PERSEPOLIS COLLECTION AND CHOGHA MISH COLLECTION IN THE HANDS OF THE UNIVERSITY OF CHICAGO)

Based upon the notice of motion for appointment of receiver of Plaintiffs DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et. al., and for good cause appearing.

IT IS HEREBY ORDERED that the motion for appointment of receiver of that certain collection of Iranian antiquities, artifacts, and artwork, in the possession and the control of The University of Chicago aka The Oriental Institute, consisting generally of the Persepolis Fortification Collection and the Chogha Mish Collection, IS HEREBY GRANTED.

IT IS FURTHER ORDERED that the ISLAMIC REPUBLIC OF IRAN ("Iran") is hereby ejected and substituted out as a participant in, party to, and asserting any right in and to that

certain action(s) generally entitled *Jenny Rubin, et al. vs. The Islamic Republic of Iran, et al., The University of Chicago, et al., Citation Third Party Respondents, and The Field Museum, Third Party Respondent* pending in the United States District Court, Northern District of Illinois, Eastern Division, Case No. 03-CV-9370 ("Rubin Litigation"), and all proceedings therein before the Honorable Blanche M. Manning, District Court Judge Presiding, and Martin C. Ashman, Magistrate Judge Presiding therein.

IT IS FURTHER ORDERED that the receiver(s) shall have the right to subsume and take possession, custody and control of, all of the right, title and interest of Iran to the Persepolis Fortification Collection and the Chogha Mish Collection, and each of the same, which rights include, but not limited to, all general intangible rights and residual rights.

IT IS FURTHER ORDERED that the receiver(s) shall have the right to sell, dispose, and/or convey, solely as a total inviolate body, the Persepolis Fortification Collection and the Chogha Mish Collection, as opposed to breaking them up, limiting the sales of the residual rights therein to any university, college, museum, anamosinary institution, or third party, constituting an institution of higher learning.

IT IS FURTHER ORDERED that the Rubin Litigation shall be terminated as follows: That the Persepolis Fortification Collection and the Chogha Mish Collection, and each of the same, shall be left in the hands of the University of Chicago, the pursuant to the terms and conditions of the bailment by and between Iran and the University of Chicago herein, either in part or in whole, but subject to the sale of the residual rights.

IT IS FURTHER ORDERED that the receivers are authorized to engage in a settlement or other disposition, whether by trial, monetary or payment, by and between Iran and University

of Chicago herein.

IT IS FURTHER ORDERED that any right, title and interest of Jenny Rubin in and to the collections held by the University or Chicago is void as a matter of law, or junior to any right, title or interest of these Plaintiffs.

IT IS FURTHER ORDERED that the specific powers and duties of the receiver(s) shall be as follows:

1. To take possession, custody and control of the collections, and the residual interest therein.

2. To oust Iran from the Rubin Litigation, and substitute the receiver(s) as the adverse parties.

3. To arrange a resolution with The University of Chicago, to permit The University of Chicago to retain physical custody of the collections pursuant to the pre-existing terms with Iran, in which The University of Chicago's pre-existing rights with Iran shall remain unabridged.

4. To sell solely to an institution of higher learning, museum, or like institution, Iran's residual rights in the collections.

5. To permit the receiver(s) to retain the services of a broker, agent, or representative in the sale of the rights, retain counsel, accountants, establish bank accounts, and otherwise conduct normal business activities incidental to their duties.

6. To solicit such offers to sell the residual rights, which may include sealed bids, auction, consignment or brokerage, subject to final court approval upon notice to all parties.

7. To establish one or more bank accounts to impound all proceeds, be imbued with the power to affix the name of Iran to any check, draft, money order, note or instrument, to sign any contract, memorandum of understanding, or agreement in the name of Iran, or otherwise take any action as if the owner thereof.

8. To settle, resolve, terminate, negotiate any settlement, resolution or termination, or dispose of the Rubin Litigation as to The University of Chicago claim, subject to approval by this court.

9. To take any other action, including the filing of any papers, pleadings, appearance, or presentation in the Rubin Litigation, and take all other action therein consistent with the

prosecution of Iran's interest therein, for the purpose of securing the most advantageous outcome on behalf of the Plaintiffs.

10. To post a bond in the amount as designated by the court.

11. That Iran be stayed, prohibited and enjoined, after appointment of this order, to participate in the Rubin Litigation.

12. That the court keep and retain continuing jurisdiction to supervise the conduct of the receiver(s), enter such orders to assure an orderly administration, restrain third parties from interfering with the conduct of the receiver, and to take any action which is appropriate.


DATED: _____          _____
                                BLANCHE M. MANNING
                                JUDGE OF THE UNITED STATES
                                DISTRICT COURT


F:\USERS\DJCNEW\peterson.appoint3ord

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et. al., <br><br> Plaintiffs-Judgment Creditors, <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants-Judgment Debtors. | Case No.: 108-CV-01592 <br><br> Judge Blanche M. Manning |

## PROOF OF SERVICE

HIS EXCELLENCY AYATOLLAH
SAYED 'ALI KHAMENEI
THE OFFICE OF THE SUPREME
LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

President
HIS EXCELLENCY MAHMOUD
AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran
Fax: +98 21 6 649 5880

ISLAMIC REPUBLIC OF IRAN acting
through its MINISTRY OF DEFENSE AND
SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

Director, Human Rights Headquarters of
Iran
HIS EXCELLENCY MOHAMMAD
JAVAD LARIJANI
c/o Office of the Deputy for International
Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran
Fax: +98 21 5 537 8827

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI
SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

AUSA
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

Matthew G. Allison
Baker & McKenzie LLP (Chicago)
One Prudential Plaza
130 East Randolph Drive, Suite 3500
Chicago, IL 60601

R. Clay Bennett
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Rupa Bhattacharyya
United States Department of Justice
Federal Programs Branch
P.O. Box 883
901 East Street, N.W., Room 910
Washington, DC 20044

Robert David Cheifetz
Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, IL 60603

Thomas G. Corcoran
Berliner Corcoran & Rowe, LLP
1101 17th Avenue
Washington, DC 20036-5555

Thomas Justin Cunningham
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Thomas Anthony Doyle
Baker & McKenzie LLP (Chicago)
One Prudential Plaza
130 East Randolph Drive, Suite 3500
Chicago, IL 60601

Lesley R. Farby
U.S. Dept. of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530

Simon A. Fleischmann
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Richard M. Franklin
Baker & McKenzie
130 East Randolph Drive, Suite 3200
Chicago, IL 60601

Kevin David Kelly
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Hillary Paige Krantz
Freeborn & Peters, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Michael D. McCormick
708 Tomlin Drive, Suite 1800
Burr Ridge, IL 60527

Timothy M Murphy
Timothy M. Murphy, P.C.
4436 North Kildare Avenue
Chicago, IL 60630

Robert S. Parker
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903

Daniel A. Shmikler
Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, IL 60603

David J. Strachman
McIntyre, Tate, Lynch & Holt
321 South Main St., #400
Providence, RI 02903

United States Attorney's Office
219 South Dearborn
Chicago, IL 60604

Laina C. Wilk
Berliner, Corcoran & Rowe, LLP
1101 17th Street, NW
Washington, DC 20036

Renee Helen Wiszowaty
Litchfield Cavo
303 West Madison Street, Suite 300
Chicago, IL 60606

JAY GLENN, ESQ. (ARDC #0970719)
2275 Half Day Road, Suite 350
Bannockburn, IL 60015
Telephone: (849) 526-9209
Fax: (847) 526-9207
Email: glennatty@aol.com

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

ORDER GRANTING NOTICE OF MOTION FOR APPOINTMENT OF RECEIVER

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2008.

                        /s/Karene Jen
                        Karene Jen