UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal ) | |
| Representatives of the Estate of James C. ) | |
| Knipple (Dec.), et. al., ) | Case No.: 108-CV-01592 |
| ) | |
| Plaintiffs-Judgment Creditors, ) | Judge Blanche Manning |
| ) | |
| vs. ) | |
| ) | Date:  June 19, 2008 |
| ISLAMIC REPUBLIC OF IRAN, et al., ) | Time:  11:00 a.m. |
| ) | Address of Court: |
| Defendants-Judgment Debtors. ) | 209 South Dearborn Avenue. |
| ) | Chicago, Ill 60604 |

## NOTICE OF MOTION FOR APPOINTMENT OF RECEIVER

(THE PERSEPOLIS COLLECTION AND CHOGHA MISH COLLECTION IN THE HANDS
OF THE UNIVERSITY OF CHICAGO)

PLEASE TAKE NOTICE that on June 19th, 2008 at 11:00 a.m., or as soon thereafter as

counsel may be heard. Plaintiffs DEBORAH D. PETERSON, Personal Representatives of the

Estate of James C. Knipple (Dec.), et. al., and all of the others as listed in the Judgment in the

action entitled *Peterson vs. Islamic Republic of Iran* pending in the United States District Court,

District of Columbia Case No. 01-2094 (RCL), shall appear before the Honorable Blanche M.

Manning in the United States District Court for the Northern District of Illinois, Eastern

Division, Room 2125, to present a motion for the appointment of a receiver of that certain

collection of Iranian antiquities, artifacts, and artwork, in the possession and the control of The

University of Chicago aka The Oriental Institute, consisting generally of the Persepolis

-1-

Fortification Collection and the Chogha Mish Collection.

The purpose of the motion for appointment of a receiver is the following:

1. Ejecting and substituting out (ousting), ISLAMIC REPUBLIC OF IRAN ("Iran") as a participant in, party to, and asserting any right in and to that certain action(s) generally entitled *Jenny Rubin, et al. vs. The Islamic Republic of Iran, et al., The University of Chicago, et al., Citation Third Party Respondents, and The Field Museum, Third Party Respondent* pending in the United States District Court, Northern District of Illinois, Eastern Division, Case No. 03-CV-9370 ("Rubin Litigation"), and all proceedings therein before the Honorable Blanche M. Manning, District Court Judge Presiding, and Martin C. Ashman, Magistrate Judge Presiding therein.

2. Granting the receiver(s) the right to subsume and take possession, custody and control of, all of the right, title and interest of Iran to the Persepolis Fortification Collection and the Chogha Mish Collection, and each of the same, which rights include, but not limited to, all general intangible rights and residual rights.

3. Granting the receiver(s) the right to sell, dispose, and/or convey, solely as a total inviolate body, the Persepolis Fortification Collection and the Chogha Mish Collection, as opposed to breaking them up, limiting the sales of the residual rights therein to any university, college, museum, anamosinary institution, or third party, constituting an institution of higher learning.

4. Resolving in part or in whole, by settlement or otherwise, the pendency of the Rubin Litigation, leaving in the hands of the University of Chicago, the Persepolis Fortification Collection and the Chogha Mish Collection, and each of the same, pursuant to the terms and

conditions of the bailment by and between Iran and the University of Chicago herein, either in part or in whole.

5. Engaging in a settlement or other disposition, whether by trial, monetary or payment, by and between Iran and University of Chicago herein.

6. Seeking an order declaring that right, title and interest of Jenny Rubin in and to the collections held by the University or Chicago is void as a matter of law, or junior to any right, title or interest of these Plaintiffs.

The specific powers and duties of the receiver(s) follows:

1. To take possession, custody and control of the collections, and the residual interest therein.

2. To oust Iran from the Rubin Litigation, and substitute the receiver(s) as the adverse parties.

3. To arrange a resolution with The University of Chicago, to permit The University of Chicago to retain physical custody of the collections pursuant to the pre-existing terms with Iran, in which The University of Chicago's pre-existing rights with Iran shall remain unabridged.

4. To sell solely to an institution of higher learning, museum, or like institution, Iran's residual rights in the collections.

5. To permit the receiver(s) to retain the services of a broker, agent, or representative in the sale of the rights, retain counsel, accountants, establish bank accounts, and otherwise conduct normal business activities incidental to their duties.

6. To solicit such offers to sell the residual rights, which may include sealed bids, auction, consignment or brokerage, subject to final court approval upon notice to all parties.

7. To establish one or more bank accounts to impound all proceeds, be imbued with the power to affix the name of Iran to any check, draft, money order, note or instrument, to sign any contract, memorandum of understanding, or agreement in the name of Iran, or otherwise take any action as if the owner thereof.

8. To settle, resolve, terminate, negotiate any settlement, resolution or termination, or dispose of the Rubin Litigation as to The University of Chicago claim, subject to approval by this

court.

9.  To take any other action. including the filing of any papers, pleadings, appearance. or presentation in the Rubin Litigation. and take all other action therein consistent with the prosecution of Iran's interest therein. for the purpose of securing the most advantageous outcome on behalf of the Plaintiffs.

10.  To post a bond in the amount as designated by the court.

11.  That Iran be stayed, prohibited and enjoined, after appointment of this order, to participate in the Rubin Litigation.

12.  That the court keep and retain continuing jurisdiction to supervise the conduct of the receiver(s), enter such orders to assure an orderly administration, restrain third parties from interfering with the conduct of the receiver, and to take any action which is appropriate.

DEBORAH D. PETERSON. Personal Representatives of the Estate of James C. Knipple

(Dec.). et. al.. moves this court for the appointment of a receiver(s) pursuant to FRCP 66, Local

Rule 66.1, the principles of equity and the practices of court in the appointment of receiver(s),

heretofore practiced, and which are otherwise permitted under FRCP 69(a)(1), and otherwise

under the laws of the State of Illinois and/or the practices of equity hereunder.

DATED:  June 13, 2008

Plaintiffs, by their attorneys

By:    /s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)
COOK COLLECTION ATTORNEYS
P.O. Box 270
San Francisco, CA 94104-0270
Telephone: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@Squeezebloodfromturnip.com

DATED: June 13, 2008

FAY LAW PA

By:    /s/ Thomas Fortune Fay
        THOMAS FORTUNE FAY, ESQ.
601 Pennsylvania Avenue, NW
#900 - South Building

Washington, DC  20004
Telephone:  202-589-1300
Fax:  202-589-1300
Email: ThomasFay@aol.com

DATED: June 13, 2008

By:  ___/s/ Jay Glenn_____
JAY GLENN, ESQ. (ARDC #0970719)
2275 Half Day Road, Suite 350
Bannockburn, IL 60015
Telephone: (849) 526-9209
Fax: (847) 526-9207
Email: glennatty@aol.com

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal
Representatives of the Estate of James C. Knipple
(Dec.), et. al.

F:\USERS\DJCNEW\peterson.appoint3notnew

-5-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON. Personal ) <br> Representatives of the Estate of James C. ) <br> Knipple (Dec.), et. al., ) <br> ) <br> Plaintiffs-Judgment Creditors, ) <br> ) <br> vs. ) <br> ) <br> ISLAMIC REPUBLIC OF IRAN. et al.. ) <br> ) <br> Defendants-Judgment Debtors. ) <br> _____ ) | Case No.: 108-CV-01592 <br><br> Judge Robert Gettleman <br> Magistrate Judge Ashman <br><br> Date:   June 19, 2008 <br> Time:   11:00 a.m. <br> Address of Court: <br>         209 South Dearborn Avenue. <br>         Chicago, Ill 60604 |

## DECLARATION OF DAVID J. COOK IN SUPPORT OF MOTION FOR APPOINTMENT OF RECEIVER

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. ISLAMIC REPUBLIC OF IRAN is no longer subject to sovereign immunity under the recent changes to the Foreign Sovereign Immunities Act ("FSIA"), a true and correct copy of which is attached hereto marked *Exhibit "A"*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2008.

                /s/ David J. Cook
                DAVID J. COOK, ESQ. (SB# 060859)

-1-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEBORAH D. PETERSON, Personal   )
Representatives of the Estate of James C. )
Knipple (Dec.). et. al.,                )     Case No.: 108-CV-01592
                                    )
      Plaintiffs-Judgment Creditors.   )     Judge Blanche M. Manning
                                    )
vs.                                )
                                    )
ISLAMIC REPUBLIC OF IRAN, et al.,   )
                                    )
      Defendants-Judgment Debtors.   )
_____ )

## PROOF OF SERVICE

HIS EXCELLENCY AYATOLLAH
SAYED 'ALI KHAMENEI
THE OFFICE OF THE SUPREME
LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

President
HIS EXCELLENCY MAHMOUD
AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran
Fax: +98 21 6 649 5880

ISLAMIC REPUBLIC OF IRAN acting
through its MINISTRY OF DEFENSE AND
SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

Director, Human Rights Headquarters of
Iran
HIS EXCELLENCY MOHAMMAD
JAVAD LARIJANI
c/o Office of the Deputy for International
Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran
Fax: +98 21 5 537 8827

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI
SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

AUSA
United States Attorney's Office (NDIL)
219 South Dearborn Street , Suite 500
Chicago, IL 60604

Matthew G. Allison
Baker & McKenzie LLP (Chicago)
One Prudential Plaza
130 East Randolph Drive, Suite 3500
Chicago, IL 60601

Rupa Bhattacharyya
United States Department of Justice
Federal Programs Branch
P.O. Box 883
901 East Street, N.W., Room 910
Washington, DC 20044

Robert David Cheifetz
Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, IL 60603

Thomas G. Corcoran
Laina C. Wilk
Berliner Corcoran & Rowe, LLP
1101 17th Street NW
Washington, DC 20036-5555

Thomas Justin Cunningham
R. Clay Bennett
Lord Bissell & Brook
111 South Wacker Drive
Chicago, IL 60606

David J. Lanciotti
Vice President and Trust
171 North Clark Street, 4th Floor
Chicago, IL 60601

Thomas Anthony Doyle
Baker & McKenzie LLP (Chicago)
One Prudential Plaza
130 East Randolph Drive, Suite 3500
Chicago, IL 60601

Lesley R. Farby
U.S. Dept. of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530

Thomas Walsh
U.S. Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604

Richard M. Franklin
Baker & McKenzie
130 East Randolph Drive, Suite 3200
Chicago, IL 60601

Kevin David Kelly
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Hillary Paige Krantz
Freeborn & Peters, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Michael D. McCormick
Falk Metz LLC
20 S. Clark Street, Suite 1900
Chicago, IL 60603

Timothy M Murphy
Timothy M. Murphy, P.C.
4436 North Kildare Avenue
Chicago, IL 60630

Robert S. Parker
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903

Daniel A. Shmikler
Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, IL 60603

David J. Strachman
McIntyre, Tate, Lynch & Holt
321 South Main St., #400
Providence, RI 02903

United States Attorney's Office
219 South Dearborn
Chicago, IL 60604

Laina C. Wilk
Berliner, Corcoran & Rowe, LLP
1101 17th Street, NW
Washington, DC 20036

Renee Helen Wiszowaty
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606

JAY GLENN, ESQ. (ARDC #0970719)
2275 Half Day Road, Suite 350
Bannockburn, IL 60015
Telephone: (849) 526-9209
Fax: (847) 526-9207
Email: glennatty@aol.com

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF MOTION FOR APPOINTMENT OF RECEIVER

on the above-named person(s) by:

__XXX__   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2008.


                              /s/Karene Jen
                              Karene Jen