## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 08-cv-01592

Deborah D. Peterson, etc. et. al
    v.
Islamic Republic of Iran, and
The University of Chicago D/B/A The Oriental Institute

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The University of Chicago and The Oriental Institute, Garnishee Defendants

F I L E D
JUN 1 2 2008
6-12-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **NAME** (Type or print) <br> Thomas A. Doyle | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas A. Doyle | |
| **FIRM** <br> Baker & McKenzie, LLP | |
| **STREET ADDRESS** <br> One Prudential Plaza, Suite 3500, 130 E. Randolph Drive | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60601 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 03127055 | **TELEPHONE NUMBER** <br> (312) 861-8866 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐ | |