**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Deborah D Peterson
                            Plaintiff,

v.                                                          Case No.: 1:08−cv−01592
                                                          Honorable Blanche M. Manning

Islamic Republic of Iran et al
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Minute entry of 6/2/2008 is amended as follows: In this case (newly reassigned pursuant to Local Rule 40.4 as related to 03 CV 9370), counsel for plaintiff Deborah Peterson filed a motion for appointment of a receiver [10−1], but noticed it for presentment on a date well beyond the 10 days permitted under Local Rule 5.3(b). Accordingly, the motion is stricken. See Local Rule 78.2.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.