U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Deborah H. Peterson, et al.<br>v.<br>The Islamic Republic of Iran, et al.<br>and<br>The Field Museum of Natural History | Case Number: 08-CV-1592 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE FIELD MUSEUM OF NATURAL HISTORY

| | |
|---|---|
| NAME (Type or print)<br>R. Clay Bennett | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ R. Clay Bennett | |
| FIRM<br>LOCKE LORD BISSELL & LIDDELL, LLP | |
| STREET ADDRESS<br>111 S WACKER DRIVE | |
| CITY/STATE/ZIP<br>CHICAGO, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0172324 | TELEPHONE NUMBER<br>312-443-0595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |