U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Deborah H. Peterson, et al.
v.
The Islamic Republic of Iran, et al.
and
The Field Museum of Natural History

Case Number: 08-CV-1592

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE FIELD MUSEUM OF NATURAL HISTORY

| NAME (Type or print) |
| --- |
| Thomas J. Cunningham |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Thomas J. Cunningham |
| FIRM |
| LOCKE LORD BISSELL & LIDDELL, LLP |
| STREET ADDRESS |
| 111 S WACKER DRIVE |
| CITY/STATE/ZIP |
| CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6215928 | 312-443-1731 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐