UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEBORAH D. PETERSON, Personal )
Representatives of the Estate of James C. )
Knipple (Dec.). et. al.. ) Case No.: 108-CV-01592
)
    Plaintiffs-Judgment Creditors, ) Judge Blanche Manning
)
vs. )
) Date: June 19, 2008
ISLAMIC REPUBLIC OF IRAN. et al., ) Time: 11:00 a.m.
) Address of Court:
    Defendants-Judgment Debtors. )     209 South Dearborn Avenue.
)     Chicago, Ill 60604

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et. al. in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from that MINUTE entry entered in this action on 6/16/08 as Docket No. 28, a copy of which is attached hereto marked *Exhibit "A"* and incorporated by reference as though fully set forth herein.

DATED: July 14. 2008                        Plaintiffs, by their attorneys

                                                          By:   /s/ David J. Cook
                                                          DAVID J. COOK, ESQ. (SB# 060859)
                                                          COOK COLLECTION ATTORNEYS
                                                          P.O. Box 270
                                                          San Francisco, CA 94104-0270
                                                          Telephone: (415) 989-4730
                                                          Fax: (415) 989-0491
                                                          Email: Cook@Squeezebloodfromturnip.com

DATED: July 14, 2008              FAY LAW PA

                                  By:   /s/ Thomas Fortune Fay
                                        THOMAS FORTUNE FAY, ESQ.
                                  601 Pennsylvania Avenue, NW
                                  #900 - South Building
                                  Washington, DC  20004
                                  Telephone:  202-589-1300
                                  Fax:  202-589-1300
                                  Email: ThomasFay@aol.com

DATED: July 14, 2008              By:   /s/ Jay Glenn
                                  JAY GLENN, ESQ. (ARDC #0970719)
                                  2275 Half Day Road, Suite 350
                                  Bannockburn, IL 60015
                                  Telephone: (849) 526-9209
                                  Fax: (847) 526-9207
                                  Email: glennatty@aol.com

                                  Attorneys for Plaintiffs
                                  DEBORAH D. PETERSON, Personal
                                  Representatives of the Estate of James C. Knipple
                                  (Dec.), et. al.


F:\USERS\DJCNEW\petersonil.notapp

# EXHIBIT "A"

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CV 1592 | **DATE** | June 16, 2008 |
| **CASE TITLE** | *Peterson v. Islamic Republic of Iran* | | |

**DOCKET ENTRY TEXT**

The plaintiffs' motion for appointment of a receiver [21-1] is denied.

■ [ For further details see text below.]   Docketing to mail notices.

00:00

## STATEMENT

The plaintiffs (referred to collectively as "Peterson") have filed a motion under Federal Rule of Civil Procedure 66 asking the court to appoint a receiver to, among other things, safeguard and distribute Persian artifacts in the possession of citation-respondent University of Chicago.

"The appointment of a receiver is considered to be an extraordinary remedy that should be employed with the utmost caution and granted only in cases of clear necessity to protect plaintiff's interest in the property." 12 CHARLES ALAN WRIGHT, ARTHUR R. MILLER & RICHARD L. MARCUS, FEDERAL PRACTICE AND PROCEDURE § 2983 (2d ed. 1997). Factors which courts take into account when determining in their discretion whether to appoint a receiver include the following: (1) fraudulent conduct by the defendant; (2) imminent danger of the property being lost, concealed, injured, diminished in value, or squandered; (3) the inadequacy of the available legal remedies; (4) the probability that harm to plaintiff by denial of the appointment would be greater than the injury to the parties opposing appointed; and (5) plaintiff's probable success in the action and the possibility of irreparable injury to the plaintiff's interest in the property. *Id.*; *see also Aviation Supply Corp. v. R.S.B.I. Aerospace, Inc.*, 999 F.2d 314, 316-17 (8th Cir. 1993).

With all of these factors in mind, the court finds in its discretion that Peterson's motion for appointment of a receiver is premature. The property at issue is presumably owned by Iran and is therefore possibly immune from attachment or execution under the Foreign Sovereign Immunities Act, *see* 28 U.S.C. § 1602, and the Terrorism Risk Insurance Act, *see* 28 U.S.C. § 1610. The issue of immunity is already being litigated in another case before this court, *Rubin v. Islamic Republic of Iran*, no. 03 CV 9370, and Iran will presumably litigate the issue in this case as well (if Peterson does not seek or is not granted leave to intervene in *Rubin*). Peterson's chances of succeeding in this enforcement proceeding therefore turns on whether or not the artifacts are immune from attachment or execution. Accordingly, the court cannot evaluate this factor without first resolving whether the artifacts are subject to attachment or execution.

Page 1 of 2

A

## STATEMENT

Peterson argues that as a result of a recent amendment to the TRIA, there is no question that the artifacts are subject to attachment or execution. The amendment is codified at 28 U.S.C. § 1610(g), which states that a foreign sovereign's property *is* subject to attachment or execution, regardless of a number of factors that were to be taken into account under the pre-amendment version of the statute. However, subsection (g) applies only to enforcement proceedings based upon judgments obtained under newly-created 28 U.S.C. § 1605A. Peterson obtained her judgment pursuant to the predecessor to § 1605A, 28 U.S.C. § 1605(a)(7). Accordingly, under the plain meaning of the statute, subsection (g) is inapplicable to Peterson's enforcement action and immunity remains a viable issue. *See also Fernandez-Vargas v. Gonzales*, 548 U.S. 30, 37 (2006) (statutes are disfavored as retroactive if their application would impair a party's rights or increase its liability for past conduct).

Turning now to the other factors relevant to appointment of a receiver, the Persian artifacts are not in imminent danger and Peterson is not subject to immediate harm because the artifacts are subject to a lien as a result of the citation that Peterson served upon the University of Chicago. (R.18.) As a result of the citation and the lien, the University is prohibited "from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtors." (*Id.* at 2-3.)

The court also notes that Peterson's motion raises no allegations of fraud against Iran.

Because of the lack of risk of imminent harm, the lack of evidence of fraud, and because the Persian artifacts are already subject to a lien, Peterson has identified no pressing need for appointment of a receiver. Accordingly, for all of the above reasons, Peterson's request for appointment of a receiver based on the present record is denied.

rs/cpb

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et. al., <br><br> Plaintiffs-Judgment Creditors. <br><br> vs. <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants-Judgment Debtors. | Case No.: 108-CV-01592 <br><br> Judge Blanche Manning |

## PROOF OF SERVICE

HIS EXCELLENCY AYATOLLAH
SAYED 'ALI KHAMENEI
THE OFFICE OF THE SUPREME
LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

President
HIS EXCELLENCY MAHMOUD
AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran
Fax: +98 21 6 649 5880

ISLAMIC REPUBLIC OF IRAN acting
through its MINISTRY OF DEFENSE AND
SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

| | |
|---|---|
| ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: Attn: President Dr. Ahmadinejad or<br>Agent for Service of Process or<br>Responsible Officer | Matthew G. Allison<br>Baker & McKenzie LLP (Chicago)<br>One Prudential Plaza<br>130 East Randolph Drive, Suite 3500<br>Chicago, IL 60601 |
| <u>Director, Human Rights Headquarters of Iran</u><br>HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI<br>c/o Office of the Deputy for International Affairs<br>Ministry of Justice<br>Ministry of Justice Building<br>Panzdah-Khordad (Ark) Square<br>Tehran, Islamic Republic of Iran<br>Fax: +98 21 5 537 8827 | R. Clay Bennett<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br><br>Rupa Bhattacharyya<br>United States Department of Justice<br>Federal Programs Branch<br>P.O. Box 883<br>901 East Street, N.W., Room 910<br>Washington, DC 20044 |
| <u>Minister of Intelligence</u><br>GHOLAM HOSSEIN MOHSENI EJEIE<br>MINISTRY OF INTELLIGENCE<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Islamic Republic of Iran | Robert David Cheifetz<br>Sperling & Slater<br>55 West Monroe Street, Suite 3200<br>Chicago, IL 60603<br><br>Thomas G. Corcoran<br>Berliner Corcoran & Rowe, LLP<br>1101 17th Avenue<br>Washington, DC 20036-5555 |
| <u>Head of the Judiciary</u><br>AYATOLLAH MAHMOUD HASHEMI SHAHROUDI<br>Howzeh Riyasat-e Qoveh Qazaiyeh<br>Office of the Head of the Judiciary<br>Pasteur Street, Vali Asr Avenue<br>South of Serah-e Jomhouri<br>Tehran 1316814737<br>Islamic Republic of Iran | Thomas Justin Cunningham<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 |
| AUSA<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street, Suite 500<br>Chicago, IL 60604 | Thomas Anthony Doyle<br>Baker & McKenzie LLP (Chicago)<br>One Prudential Plaza<br>130 East Randolph Drive, Suite 3500<br>Chicago, IL 60601 |

Lesley R. Farby
U.S. Dept. of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530

Simon A. Fleischmann
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Richard M. Franklin
Baker & McKenzie
130 East Randolph Drive, Suite 3200
Chicago, IL 60601

Kevin David Kelly
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Hillary Paige Krantz
Freeborn & Peters, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Michael D. McCormick
708 Tomlin Drive, Suite 1800
Burr Ridge, IL 60527

Timothy M Murphy
Timothy M. Murphy, P.C.
762 Dempster Street, #D211
Mount Prospect, IL 60056-5019

Robert S. Parker
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903

Daniel A. Shmikler
Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, IL 60603

David J. Strachman
McIntyre, Tate, Lynch & Holt
321 South Main St., #400
Providence, RI 02903

United States Attorney's Office
219 South Dearborn
Chicago, IL 60604

Laina C. Wilk
Berliner, Corcoran & Rowe, LLP
1101 17th Street, NW
Washington, DC 20036

Renee Helen Wiszowaty
Litchfield Cavo
303 West Madison Street, Suite 300
Chicago, IL 60606

JAY GLENN, ESQ.
2275 Half Day Road, Suite 350
Bannockburn, IL 60015

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF APPEAL

on the above-named person(s) by:

___XXX___ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2008.

                                                /s/Karene Jen
                                                Karene Jen