UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et. al., | ) ) ) ) Case No.: 108-CV-01592 |
| Plaintiffs-Judgment Creditors, | ) ) Judge Blanche Manning ) |
| vs. | ) ) Date: June 19, 2008 |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) Time: 11:00 a.m. ) Address of Court: |
| Defendants-Judgment Debtors. | )     209 South Dearborn Avenue. )     Chicago, Ill 60604 |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et. al. in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from that MINUTE entry entered in this action on 6/16/08 as Docket No. 28, a copy of which is attached hereto marked *Exhibit "A"* and incorporated by reference as though fully set forth herein.

DATED: July 14, 2008　　　　　　　　　Plaintiffs, by their attorneys

　　　　　　　　　　　　　　　　　　　　By: ___/s/ David J. Cook_____
　　　　　　　　　　　　　　　　　　　　DAVID J. COOK, ESQ. (SB# 060859)
　　　　　　　　　　　　　　　　　　　　COOK COLLECTION ATTORNEYS
　　　　　　　　　　　　　　　　　　　　P.O. Box 270
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104-0270
　　　　　　　　　　　　　　　　　　　　Telephone: (415) 989-4730
　　　　　　　　　　　　　　　　　　　　Fax: (415) 989-0491
　　　　　　　　　　　　　　　　　　　　Email: Cook@Squeezebloodfromturnip.com

-1-

| | |
|---|---|
| DATED: July 14, 2008 | FAY LAW PA |
| | By:   /s/ Thomas Fortune Fay<br>         THOMAS FORTUNE FAY, ESQ.<br>601 Pennsylvania Avenue, NW<br>#900 - South Building<br>Washington, DC  20004<br>Telephone:  202-589-1300<br>Fax:  202-589-1300<br>Email: ThomasFay@aol.com |
| DATED: July 14, 2008 | By:    /s/ Jay Glenn<br>JAY GLENN, ESQ. (ARDC #0970719)<br>2275 Half Day Road, Suite 350<br>Bannockburn, IL 60015<br>Telephone: (849) 526-9209<br>Fax: (847) 526-9207<br>Email: glennatty@aol.com<br><br>Attorneys for Plaintiffs<br>DEBORAH D. PETERSON, Personal<br>Representatives of the Estate of James C. Knipple<br>(Dec.), et. al. |

F:\USERS\DJCNEW\petersonil.notapp

-2-

**EXHIBIT "A"**

Case 1:08-cv-01592   Document 36   Filed 07/15/2008   Page 4 of 17
Case 1:08-cv-01592   Document 35   Filed 07/14/2008   Page 4 of 9
Order Form (01/2005)   Case 1:08-cv-01592   Document 28   Filed 06/16/2008   Page 1 of 2

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CV 1592 | **DATE** | June 16, 2008 |
| **CASE TITLE** | *Peterson v. Islamic Republic of Iran* | | |

**DOCKET ENTRY TEXT**

The plaintiffs' motion for appointment of a receiver [21-1] is denied.

■[ For further details see text below.]   Docketing to mail notices.

00:00

### STATEMENT

The plaintiffs (referred to collectively as "Peterson") have filed a motion under Federal Rule of Civil Procedure 66 asking the court to appoint a receiver to, among other things, safeguard and distribute Persian artifacts in the possession of citation-respondent University of Chicago.

"The appointment of a receiver is considered to be an extraordinary remedy that should be employed with the utmost caution and granted only in cases of clear necessity to protect plaintiff's interest in the property." 12 CHARLES ALAN WRIGHT, ARTHUR R. MILLER & RICHARD L. MARCUS, FEDERAL PRACTICE AND PROCEDURE § 2983 (2d ed. 1997). Factors which courts take into account when determining in their discretion whether to appoint a receiver include the following: (1) fraudulent conduct by the defendant; (2) imminent danger of the property being lost, concealed, injured, diminished in value, or squandered; (3) the inadequacy of the available legal remedies; (4) the probability that harm to plaintiff by denial of the appointment would be greater than the injury to the parties opposing appointed; and (5) plaintiff's probable success in the action and the possibility of irreparable injury to the plaintiff's interest in the property. *Id.*; *see also Aviation Supply Corp. v. R.S.B.I. Aerospace, Inc.*, 999 F.2d 314, 316-17 (8th Cir. 1993).

With all of these factors in mind, the court finds in its discretion that Peterson's motion for appointment of a receiver is premature. The property at issue is presumably owned by Iran and is therefore possibly immune from attachment or execution under the Foreign Sovereign Immunities Act, *see* 28 U.S.C. § 1602, and the Terrorism Risk Insurance Act, *see* 28 U.S.C. § 1610. The issue of immunity is already being litigated in another case before this court, *Rubin v. Islamic Republic of Iran*, no. 03 CV 9370, and Iran will presumably litigate the issue in this case as well (if Peterson does not seek or is not granted leave to intervene in *Rubin*). Peterson's chances of succeeding in this enforcement proceeding therefore turns on whether or not the artifacts are immune from attachment or execution. Accordingly, the court cannot evaluate this factor without first resolving whether the artifacts are subject to attachment or execution.

A

Case 1:08-cv-01592    Document 36    Filed 07/15/2008    Page 5 of 17
Case 1:08-cv-01592    Document 35    Filed 07/14/2008    Page 5 of 9
Case 1:08-cv-01592    Document 28    Filed 06/16/2008    Page 2 of 2

## STATEMENT

Peterson argues that as a result of a recent amendment to the TRIA, there is no question that the artifacts are subject to attachment or execution. The amendment is codified at 28 U.S.C. § 1610(g), which states that a foreign sovereign's property *is* subject to attachment or execution, regardless of a number of factors that were to be taken into account under the pre-amendment version of the statute. However, subsection (g) applies only to enforcement proceedings based upon judgments obtained under newly-created 28 U.S.C. § 1605A. Peterson obtained her judgment pursuant to the predecessor to § 1605A, 28 U.S.C. § 1605(a)(7). Accordingly, under the plain meaning of the statute, subsection (g) is inapplicable to Peterson's enforcement action and immunity remains a viable issue. *See also Fernandez-Vargas v. Gonzales*, 548 U.S. 30, 37 (2006) (statutes are disfavored as retroactive if their application would impair a party's rights or increase its liability for past conduct).

Turning now to the other factors relevant to appointment of a receiver, the Persian artifacts are not in imminent danger and Peterson is not subject to immediate harm because the artifacts are subject to a lien as a result of the citation that Peterson served upon the University of Chicago. (R.18.) As a result of the citation and the lien, the University is prohibited "from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtors." (*Id.* at 2-3.)

The court also notes that Peterson's motion raises no allegations of fraud against Iran.

Because of the lack of risk of imminent harm, the lack of evidence of fraud, and because the Persian artifacts are already subject to a lien, Peterson has identified no pressing need for appointment of a receiver. Accordingly, for all of the above reasons, Peterson's request for appointment of a receiver based on the present record is denied.

rs/cpb

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et. al., ) ) ) | Case No.: 108-CV-01592 |
| Plaintiffs-Judgment Creditors. ) ) | Judge Blanche Manning |
| vs. ) ) | |
| ISLAMIC REPUBLIC OF IRAN, et al., ) ) | |
| Defendants-Judgment Debtors. ) ) | |

## PROOF OF SERVICE

HIS EXCELLENCY AYATOLLAH
SAYED 'ALI KHAMENEI
THE OFFICE OF THE SUPREME
LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

President
HIS EXCELLENCY MAHMOUD
AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran
Fax: +98 21 6 649 5880

ISLAMIC REPUBLIC OF IRAN acting
through its MINISTRY OF DEFENSE AND
SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI
c/o Office of the Deputy for International Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran
Fax: +98 21 5 537 8827

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

AUSA
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

Matthew G. Allison
Baker & McKenzie LLP (Chicago)
One Prudential Plaza
130 East Randolph Drive, Suite 3500
Chicago, IL 60601

R. Clay Bennett
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Rupa Bhattacharyya
United States Department of Justice
Federal Programs Branch
P.O. Box 883
901 East Street, N.W., Room 910
Washington, DC 20044

Robert David Cheifetz
Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, IL 60603

Thomas G. Corcoran
Berliner Corcoran & Rowe, LLP
1101 17th Avenue
Washington, DC 20036-5555

Thomas Justin Cunningham
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Thomas Anthony Doyle
Baker & McKenzie LLP (Chicago)
One Prudential Plaza
130 East Randolph Drive, Suite 3500
Chicago, IL 60601

Lesley R. Farby
U.S. Dept. of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530

Simon A. Fleischmann
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Richard M. Franklin
Baker & McKenzie
130 East Randolph Drive, Suite 3200
Chicago, IL 60601

Kevin David Kelly
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Hillary Paige Krantz
Freeborn & Peters, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Michael D. McCormick
708 Tomlin Drive, Suite 1800
Burr Ridge, IL 60527

Timothy M Murphy
Timothy M. Murphy, P.C.
762 Dempster Street, #D211
Mount Prospect, IL 60056-5019

Robert S. Parker
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903

Daniel A. Shmikler
Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, IL 60603

David J. Strachman
McIntyre, Tate, Lynch & Holt
321 South Main St., #400
Providence, RI 02903

United States Attorney's Office
219 South Dearborn
Chicago, IL 60604

Laina C. Wilk
Berliner, Corcoran & Rowe, LLP
1101 17th Street, NW
Washington, DC 20036

Renee Helen Wiszowaty
Litchfield Cavo
303 West Madison Street, Suite 300
Chicago, IL 60606

JAY GLENN, ESQ.
2275 Half Day Road, Suite 350
Bannockburn, IL 60015

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF APPEAL

on the above-named person(s) by:

__XXX__  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2008.

                                         /s/Karene Jen
                                         Karene Jen

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08cv1592

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Deborah D. Peterson (appellants) | | Islamic Republic of Iran (appellees |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | David Julian Cook | Name | (N/A) |
| Firm | Cook Collection Attys, PLC | Firm | |
| Address | 165 Fell Street, San Francisco, CA 94102 | Address | |
| Phone | (877_ 989-4370 | Phone | |

### Other Information

| | | | |
|---|---|---|---|
| District Judge | Manning | Date Filed in District Court | 3/18/08 |
| Court Reporter | P. Mullen (ext 5565) | Date of Judgment | 6/16/08 |
| Nature of Suit Code | 999 | Date of Notice of Appeal | 7/14/08 |

COUNSEL: Appointed [ ]   Retained [X]   Pro Se [ ]

FEE STATUS: Paid [X]   Due [ ]   IFP [ ]

IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CV 1592 | **DATE** | June 16, 2008 |
| **CASE TITLE** | *Peterson v. Islamic Republic of Iran* | | |

**DOCKET ENTRY TEXT**

The plaintiffs' motion for appointment of a receiver [21-1] is denied.

■[ For further details see text below.]    Docketing to mail notices.

00:00

### STATEMENT

The plaintiffs (referred to collectively as "Peterson") have filed a motion under Federal Rule of Civil Procedure 66 asking the court to appoint a receiver to, among other things, safeguard and distribute Persian artifacts in the possession of citation-respondent University of Chicago.

"The appointment of a receiver is considered to be an extraordinary remedy that should be employed with the utmost caution and granted only in cases of clear necessity to protect plaintiff's interest in the property." 12 CHARLES ALAN WRIGHT, ARTHUR R. MILLER & RICHARD L. MARCUS, FEDERAL PRACTICE AND PROCEDURE § 2983 (2d ed. 1997). Factors which courts take into account when determining in their discretion whether to appoint a receiver include the following: (1) fraudulent conduct by the defendant; (2) imminent danger of the property being lost, concealed, injured, diminished in value, or squandered; (3) the inadequacy of the available legal remedies; (4) the probability that harm to plaintiff by denial of the appointment would be greater than the injury to the parties opposing appointed; and (5) plaintiff's probable success in the action and the possibility of irreparable injury to the plaintiff's interest in the property. *Id.*; *see also Aviation Supply Corp. v. R.S.B.I. Aerospace, Inc.*, 999 F.2d 314, 316-17 (8th Cir. 1993).

With all of these factors in mind, the court finds in its discretion that Peterson's motion for appointment of a receiver is premature. The property at issue is presumably owned by Iran and is therefore possibly immune from attachment or execution under the Foreign Sovereign Immunities Act, *see* 28 U.S.C. § 1602, and the Terrorism Risk Insurance Act, *see* 28 U.S.C. § 1610. The issue of immunity is already being litigated in another case before this court, *Rubin v. Islamic Republic of Iran*, no. 03 CV 9370, and Iran will presumably litigate the issue in this case as well (if Peterson does not seek or is not granted leave to intervene in *Rubin*). Peterson's chances of succeeding in this enforcement proceeding therefore turns on whether or not the artifacts are immune from attachment or execution. Accordingly, the court cannot evaluate this factor without first resolving whether the artifacts are subject to attachment or execution.

**STATEMENT**

Peterson argues that as a result of a recent amendment to the TRIA, there is no question that the artifacts are subject to attachment or execution. The amendment is codified at 28 U.S.C. § 1610(g), which states that a foreign sovereign's property *is* subject to attachment or execution, regardless of a number of factors that were to be taken into account under the pre-amendment version of the statute. However, subsection (g) applies only to enforcement proceedings based upon judgments obtained under newly-created 28 U.S.C. § 1605A. Peterson obtained her judgment pursuant to the predecessor to § 1605A, 28 U.S.C. § 1605(a)(7). Accordingly, under the plain meaning of the statute, subsection (g) is inapplicable to Peterson's enforcement action and immunity remains a viable issue. *See also Fernandez-Vargas v. Gonzales*, 548 U.S. 30, 37 (2006) (statutes are disfavored as retroactive if their application would impair a party's rights or increase its liability for past conduct).

Turning now to the other factors relevant to appointment of a receiver, the Persian artifacts are not in imminent danger and Peterson is not subject to immediate harm because the artifacts are subject to a lien as a result of the citation that Peterson served upon the University of Chicago. (R.18.) As a result of the citation and the lien, the University is prohibited "from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtors." (*Id.* at 2-3.)

The court also notes that Peterson's motion raises no allegations of fraud against Iran.

Because of the lack of risk of imminent harm, the lack of evidence of fraud, and because the Persian artifacts are already subject to a lien, Peterson has identified no pressing need for appointment of a receiver. Accordingly, for all of the above reasons, Peterson's request for appointment of a receiver based on the present record is denied.

rs/cpb

APPEAL, ASHMAN

# United States District Court
## Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08−cv−01592
*Internal Use Only*

| | |
|---|---|
| Peterson v. Islamic Republic of Iran et al<br>Assigned to: Honorable Blanche M. Manning<br>related Case: 1:03−cv−09370<br>Cause: Civil Miscellaneous Case | Date Filed: 03/18/2008<br>Jury Demand: None<br>Nature of Suit: 999 Miscellaneous Cases<br>Jurisdiction: Federal Question |

**Plaintiff**

**Deborah D Peterson**  represented by  **David Julian Cook**
*Personal Representative of the Estate of* Cook Collection Attorneys, PLC
*James C. Knipple (Deceased) et al.* 165 Fell Street
San Francisco, CA 94102
877 989 4370
Email: DavidCook@cookcollectionattorneys.com
*ATTORNEY TO BE NOTICED*

**Jay J. Glenn**
Attorney at Law
2275 Half Day Road
Suite 350
Bannockburn, IL 60015
847 526 9202
Email: glennatty@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Islamic Republic of Iran et al**

V.

**Garnishee**

**Field Museum of Natural History**  represented by  **R. Clay Bennett**
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443−0700
Email: rbennett@lockelord.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin David Kelly**
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443−0700
Email: kkelly@lockelord.com
*ATTORNEY TO BE NOTICED*

**Simon A. Fleischmann**
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443−0462
Email: sfleischmann@lockelord.com

*ATTORNEY TO BE NOTICED*

**Thomas Justin Cunningham**
Locke Lord Bissell &Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443−1731
Email: tcunningham@lockelord.com
*ATTORNEY TO BE NOTICED*

**Garnishee**

**The University of Chicago**    represented by    **Thomas Anthony Doyle**
Baker &McKenzie LLP (Chicago)
One Prudential Plaza
130 East Randolph Drive
Suite 3500
Chicago, IL 60601
(312) 861−8000
Email: thomas.a.doyle@bakernet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew G. Allison**
Baker &McKenzie LLP (Chicago)
One Prudential Plaza
130 East Randolph Drive
Suite 3500
Chicago, IL 60601
(312) 861−8000
Email: Matthew.G.Allison@Bakernet.com
*ATTORNEY TO BE NOTICED*

**Garnishee**

**The Oriental Institute**    represented by    **Matthew G. Allison**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2008 | 1 | REGISTRATION of Foreign Judgment by Deborah D Peterson from USDC for Distr. of Columbia, Case Number 01−2094; Judgment for plaintiffs and against defendants in the amount of $$2,252,944,877.00 entered on 3/6/08. (gcy, ) (Entered: 03/20/2008) |
| 03/18/2008 | 2 | CIVIL Cover Sheet. (gcy, ) (Entered: 03/20/2008) |
| 03/18/2008 | 3 | (Court only) RECEIPT regarding payment of filing fee paid on 3/18/2008 in the amount of $39.00, receipt number 1117118. (gcy, ) (Entered: 03/20/2008) |
| 05/12/2008 | 4 | ATTORNEY Appearance for Plaintiff Deborah D Peterson by Jay J. Glenn. (kjc, ) (Entered: 05/14/2008) |
| 05/13/2008 | 10 | MOTION by Plaintiff Deborah D Peterson for appointment of receiver. (gcy, ) (Entered: 05/23/2008) |
| 05/13/2008 | 11 | NOTICE of Motion by Jay J. Glenn for presentment of plaintiff's motion for appointment of receiver 10 before Honorable Robert W. Gettleman on 6/17/2008 at 09:15 AM. (gcy, ) (Entered: 05/23/2008) |
| 05/13/2008 | 12 | ERRATA by Plaintiff Deborah D Peterson to Notice of Motion for appointment of receiver. (kjc, ) Modified on 5/30/2008 (kjc, ). (Entered: 05/27/2008) |

| | | |
|---|---|---|
| 05/13/2008 | 13 | DECLARATION of David J. Cook in support of motion for appointment of receiver; Notice. (Exhibits) (kjc, ) (Entered: 05/27/2008) |
| 05/13/2008 | 14 | MEMORANDUM by Deborah D. Peterson of law in support of Deborah D. Peterson's notice of motion and motion for appointment of receiver of the Persepolis Fortification Collection and the Chogha Mish Collection pursuant to F.R.C.P. 66, Local Rule 66.1, F.R.C.P. 69(a)(1). The laws if the State of Illinois and the principle and practices of equity herein. (kjc, ) (Entered: 05/27/2008) |
| 05/14/2008 | 5 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Deborah D Peterson by David Julian Cook; Order entered granting leave by Judge Honorable Robert W. Gettleman. Filing fee $ 50 paid, receipt number 4624002470. (mjc, ) (Entered: 05/19/2008) |
| 05/16/2008 | 6 | MOTION by Plaintiff Deborah D Peterson to appoint special process server. (gcy, ) (Entered: 05/20/2008) |
| 05/16/2008 | 7 | NOTICE of Motion by Jay J. Glenn for presentment of Plaintiff's motion for appointment of special process server 6 before Honorable Robert W. Gettleman on 5/22/2008 at 09:15 AM. (gcy, ) (Entered: 05/20/2008) |
| 05/19/2008 | 8 | MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's motion to appoint Special Process Server is granted. Mailed notices (gcy, ) (Entered: 05/20/2008) |
| 05/19/2008 | 9 | ORDER Signed by the Honorable Robert W. Gettleman on 5/19/2008:(gcy, ) (Entered: 05/20/2008) |
| 05/29/2008 | 17 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Blanche M. Manning for all further proceedings in accordance with the provisions of Local Rule 40.4. Related case No. 03 CV 9370.. Signed by Honorable James F. Holderman on 5/29/08. (gcy, ) (Entered: 06/03/2008) |
| 05/30/2008 | | (Court only) ***Motions terminated: MOTION by Plaintiff Deborah D Peterson to appoint receiver 12 . (kjc, ) (Entered: 05/30/2008) |
| 06/02/2008 | 15 | MINUTE entry before the Honorable Blanche M. Manning: In this case (newly consolidated with 03 CV 9370), counsel for plaintiff Deborah Peterson filed a motion for appointment of a receiver [10−1], but noticed it for presentment on a date well beyond the 10 days permitted under Local Rule 5.3(b). Accordingly, the motion is stricken. See Local Rule 78.2.Mailed notice (rth, ) (Entered: 06/02/2008) |
| 06/02/2008 | 16 | MINUTE entry before the Honorable Blanche M. Manning: This case having been reassigned as related to 03 C 9370 which is pending on this court's calendar, a status hearing is hereby set for 7/8/2008 at 11:00 AM.Mailed notice (rth, ) (Entered: 06/02/2008) |
| 06/05/2008 | 18 | CITATION to Discover Assets issued as to The University of Chicago dba The Oriental Institute. (gcy, ) Modified on 6/13/2008 (amb, ). (Entered: 06/06/2008) |
| 06/05/2008 | 19 | Answer to Interrogatories to Garnishee by Field Museum of Natural History. (gcy, ) (Entered: 06/09/2008) |
| 06/10/2008 | 20 | NOTICE by all plaintiffs *Citation Notice;* (Attachments: # 1 Citation to Discover Assets, # 2 Certificate of Service and Affidavits)(Cook, David) (Entered: 06/10/2008) |
| 06/10/2008 | 21 | MOTION by Plaintiff Deborah D Peterson to appoint receiver *(The Persepolis Collection and Chogha Mish Collection)* (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Proof of Service)(Cook, David) (Entered: 06/10/2008) |

| | | |
|---|---|---|
| 06/12/2008 | 22 | Answers to Interrogatories to Garnishee by The University of Chicago, The Oriental Institute (Allison, Matthew) (Entered: 06/12/2008) |
| 06/12/2008 | 23 | ATTORNEY Appearance for Garnishees The University of Chicago, The Oriental Institute by Matthew G. Allison (Allison, Matthew) (Entered: 06/12/2008) |
| 06/12/2008 | 24 | ATTORNEY Appearance for Garnishees The University of Chicago, The Oriental Institute by Matthew G. Allison *Appearance for Thomas A. Doyle* (Allison, Matthew) (Entered: 06/12/2008) |
| 06/12/2008 | 25 | MOTION by Plaintiff Deborah D Peterson to appoint receiver *ORDER GRANTING NOTICE OF* (Cook, David) (Entered: 06/12/2008) |
| 06/12/2008 | 27 | ATTORNEY Appearance for Garnishee The University of Chicago by Thomas Anthony Doyle. (gcy, ) (Entered: 06/16/2008) |
| 06/13/2008 | | (Court only) ***Motions terminated: MOTION by Plaintiff Deborah D Peterson to appoint receiver *ORDER GRANTING NOTICE OF* 25 (rth, ) (Entered: 06/13/2008) |
| 06/13/2008 | 26 | NOTICE of Motion by David Julian Cook for presentment of motion to appoint receiver 21 before Honorable Blanche M. Manning on 6/19/2008 at 11:00 AM. (Cook, David) (Entered: 06/13/2008) |
| 06/16/2008 | 28 | MINUTE entry before the Honorable Blanche M. Manning: The plaintiffs motion for appointment of a receiver [21−1] is denied.Mailed notice (rth, ) (Entered: 06/16/2008) |
| 06/16/2008 | 29 | MINUTE entry before the Honorable Blanche M. Manning: Minute entry of 6/2/2008 is amended as follows: In this case (newly reassigned pursuant to Local Rule 40.4 as related to 03 CV 9370), counsel for plaintiff Deborah Peterson filed a motion for appointment of a receiver [10−1], but noticed it for presentment on a date well beyond the 10 days permitted under Local Rule 5.3(b). Accordingly, the motion is stricken. See Local Rule 78.2.Mailed notice (rth, ) (Entered: 06/16/2008) |
| 06/25/2008 | 30 | ATTORNEY Appearance for Garnishee Field Museum of Natural History by R. Clay Bennett (Bennett, R.) (Entered: 06/25/2008) |
| 06/25/2008 | 31 | ATTORNEY Appearance for Garnishee Field Museum of Natural History by Thomas Justin Cunningham (Cunningham, Thomas) (Entered: 06/25/2008) |
| 06/25/2008 | 32 | ATTORNEY Appearance for Garnishee Field Museum of Natural History by Kevin David Kelly (Kelly, Kevin) (Entered: 06/25/2008) |
| 06/25/2008 | 33 | ATTORNEY Appearance for Garnishee Field Museum of Natural History by Simon A. Fleischmann (Fleischmann, Simon) (Entered: 06/25/2008) |
| 07/07/2008 | 34 | MINUTE entry before the Honorable Blanche M. Manning: Status hearing set for 7/8/2008 is reset to 8/12/2008 at 11:00 AM.Mailed notice (rth, ) (Entered: 07/07/2008) |
| 07/14/2008 | 35 | NOTICE of appeal by Deborah D Peterson regarding orders 21 Filing fee $ 455, receipt number 07520000000002932024. (Cook, David) (Entered: 07/14/2008) |