UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.). et. al.. ) ) ) ) Plaintiffs-Judgment Creditors, ) ) vs. ) ) ISLAMIC REPUBLIC OF IRAN, et al.. ) ) Defendants-Judgment Debtors. ) ) | Case No.: 108-CV-01592<br><br>Judge Blanche Manning |

## APPELLANTS' DESIGNATION OF ADDITIONAL DOCUMENTS AS PART OF THE RECORD ON APPEAL

Appellants hereby designate the following additional documents designated by Docket # and Text (including all documents within each Docket #) as part of the record on appeal, as follows:

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2008 | 1 | REGISTRATION of Foreign Judgment by Deborah D. Peterson from USDC for Distr. of Columbia, Case Number 01-2094; Judgment for plaintiffs and against defendants in the amount of $2,252,944,877.00 entered on 3/6/08. |
| 05/14/2008 | 5 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Deborah D Peterson by David Julian Cook: Order entered granting leave by Judge Honorable Robert W. Gettleman. |

| Date | No. | Entry |
|---|---|---|
| 05/29/2008 | 17 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable blanche M. Manning for all further proceedings in accordance with the provisions of local Rule 40.4. |
| 06/02/2008 | 15 | MINUTE entry before the Honorable Blanche M. Manning. |
| 06/02/2008 | 16 | MINUTE entry before the Honorable blanche M. Manning. |
| 06/10/2008 | 21 | MOTION by Plaintiff Deborah D Peterson to appoint receiver (*The Persepolis Collection and Chogha Mish Collection*) (Attachments: #1 Memorandum, #2 Declaration, #3 Proof of Service) |
| 06/12/2008 | 25 | MOTION by Plaintiff Deborah D Peterson to appoint receiver ORDER GRANTING NOTICE OF |
| 06/13/2008 | 26 | NOTICE of Motion by David Julian Cook for presentment of motion to appoint receiver. |
| 06/16/2008 | 28 | MINUTE entry before the Honorable Blanche M. Manning. |

DATED: July 25, 2008

Plaintiffs, by their attorneys

By: /s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)
COOK COLLECTION ATTORNEYS
P.O. Box 270
San Francisco, CA 94104-0270
Telephone: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@Squeezebloodfromturnip.com

DATED: July 25, 2008

FAY LAW PA

By: /s/ Thomas Fortune Fay
THOMAS FORTUNE FAY, ESQ.
601 Pennsylvania Avenue, NW
#900 - South Building
Washington, DC 20004
Telephone: 202-589-1300
Fax: 202-589-1300
Email: ThomasFay@aol.com

DATED: July 25, 2008

By: /s/ Jay Glenn
JAY GLENN, ESQ. (ARDC #0970719)
2275 Half Day Road, Suite 350
Bannockburn, IL 60015
Telephone: (849) 526-9209
Fax: (847) 526-9207
Email: glennatty@aol.com

Attorneys for Plaintiffs
DEBORAH D. PETERSON, Personal
Representatives of the Estate of James C. Knipple
(Dec.), et. al.

F:\USERS\DJCNEW\petersonil.record

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et. al., | Case No.: 108-CV-01592 |
| Plaintiffs-Judgment Creditors, | Judge Blanche Manning |
| vs. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants-Judgment Debtors. | |

## PROOF OF SERVICE

HIS EXCELLENCY AYATOLLAH
SAYED ˙ALI KHAMENEI
THE OFFICE OF THE SUPREME
LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

President
HIS EXCELLENCY MAHMOUD
AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran
Fax: +98 21 6 649 5880

ISLAMIC REPUBLIC OF IRAN acting
through its MINISTRY OF DEFENSE AND
SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

<u>Director, Human Rights Headquarters of Iran</u>
HIS EXCELLENCY MOHAMMAD
JAVAD LARIJANI
c/o Office of the Deputy for International
Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

<u>Minister of Intelligence</u>
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

<u>Head of the Judiciary</u>
AYATOLLAH MAHMOUD HASHEMI
SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

AUSA
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

Matthew G. Allison
Baker & McKenzie LLP (Chicago)
One Prudential Plaza
130 East Randolph Drive, Suite 3500
Chicago, IL 60601

R. Clay Bennett
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Rupa Bhattacharyya
United States Department of Justice
Federal Programs Branch
P.O. Box 883
901 East Street, N.W., Room 910
Washington, DC 20044

Robert David Cheifetz
Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, IL 60603

Thomas G. Corcoran
Berliner Corcoran & Rowe, LLP
1101 17th Avenue
Washington, DC 20036-5555

Thomas Justin Cunningham
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Thomas Anthony Doyle
Baker & McKenzie LLP (Chicago)
One Prudential Plaza
130 East Randolph Drive, Suite 3500
Chicago, IL 60601

Lesley R. Farby
U.S. Dept. of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530

Simon A. Fleischmann
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Richard M. Franklin
Baker & McKenzie
130 East Randolph Drive, Suite 3200
Chicago, IL 60601

Kevin David Kelly
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Hillary Paige Krantz
Freeborn & Peters, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Michael D. McCormick
708 Tomlin Drive, Suite 1800
Burr Ridge, IL 60527

Timothy M Murphy
Timothy M. Murphy, P.C.
762 Dempster Street, #D211
Mount Prospect, IL 60056-5019

Robert S. Parker
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903

Daniel A. Shmikler
Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, IL 60603

David J. Strachman
McIntyre, Tate, Lynch & Holt
321 South Main St., #400
Providence, RI 02903

United States Attorney's Office
219 South Dearborn
Chicago, IL 60604

Laina C. Wilk
Berliner, Corcoran & Rowe, LLP
1101 17th Street, NW
Washington, DC 20036

Renee Helen Wiszowaty
Litchfield Cavo
303 West Madison Street, Suite 300
Chicago, IL 60606

JAY GLENN, ESQ.
2275 Half Day Road, Suite 350
Bannockburn, IL 60015

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPELLANTS' DESIGNATION OF ADDITIONAL DOCUMENTS AS PART OF THE RECORD ON APPEAL

on the above-named person(s) by:

   __XXX__   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on July 25, 2008.

                                             /s/Karene Jen
                                              Karene Jen