

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                                    312-435-5670

August 5, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Peterson v. Islamic Republic of Iran et al

U.S.D.C. DOCKET NO. : 08cv1592

U.S.C.A. DOCKET NO. : 08-2764

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| VOLUME(S) OF PLEADING(S) | 1 Volume of Pleadings |

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
    G. Jones, Deputy Clerk

    **I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Volume of Pleadings

In the cause entitled: Peterson v. Islamic Republic of Iran et al

USDC NO.   : 08cv1592

USCA NO.   : 08-2764

                IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 5th day of August 2008.

                MICHAEL W. DOBBINS, CLERK

        By: _____
                G. Jones, Deputy Clerk

APPEAL, ASHMAN

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01592
## Internal Use Only

Peterson v. Islamic Republic of Iran et al
Assigned to: Honorable Blanche M. Manning

related Case:               1:03-cv-09370

Case in other court:            08-02764

Cause: Civil Miscellaneous Case

Date Filed: 03/18/2008
Jury Demand: None
Nature of Suit: 999 Miscellaneous Cases
Jurisdiction: Federal Question

### Plaintiff

**Deborah D Peterson**
*Personal Representative of the Estate of James C. Knipple (Deceased) et al.*

represented by **David Julian Cook**
Cook Collection Attorneys, PLC
165 Fell Street
San Francisco, CA 94102
877 989 4370
Email: DavidCook@cookcollectionattorneys.com
*ATTORNEY TO BE NOTICED*

**Jay J. Glenn**
Attorney at Law
2275 Half Day Road
Suite 350
Bannockburn, IL 60015
847 526 9202
Email: glennatty@aol.com
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Islamic Republic of Iran et al**

V.

**Garnishee**

| | | |
|---|---|---|
| **Field Museum of Natural History** | represented by | **R. Clay Bennett** <br> Locke Lord Bissell & Liddell LLP <br> 111 South Wacker Drive <br> Chicago, IL 60606 <br> (312) 443-0700 <br> Email: rbennett@lockelord.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Kevin David Kelly** <br> Locke Lord Bissell & Liddell LLP <br> 111 South Wacker Drive <br> Chicago, IL 60606 <br> (312) 443-0700 <br> Email: kkelly@lockelord.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Simon A. Fleischmann** <br> Locke Lord Bissell & Liddell LLP <br> 111 South Wacker Drive <br> Chicago, IL 60606 <br> (312) 443-0462 <br> Email: sfleischmann@lockelord.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Thomas Justin Cunningham** <br> Locke Lord Bissell & Liddell LLP <br> 111 South Wacker Drive <br> Chicago, IL 60606 <br> (312) 443-1731 <br> Email: tcunningham@lockelord.com <br> *ATTORNEY TO BE NOTICED* |

**Garnishee**

| | | |
|---|---|---|
| **The University of Chicago** | represented by | **Thomas Anthony Doyle** <br> Baker & McKenzie LLP (Chicago) |

        One Prudential Plaza
        130 East Randolph Drive
        Suite 3500
        Chicago, IL 60601
        (312) 861-8000
        Email: thomas.a.doyle@bakernet.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Matthew G. Allison**
        Baker & McKenzie LLP (Chicago)
        One Prudential Plaza
        130 East Randolph Drive
        Suite 3500
        Chicago, IL 60601
        (312) 861-8000
        Email: Matthew.G.Allison@Bakernet.com
        *ATTORNEY TO BE NOTICED*

**Garnishee**

**The Oriental Institute**   represented by **Matthew G. Allison**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2008 | 1 | REGISTRATION of Foreign Judgment by Deborah D Peterson from USDC for Distr. of Columbia, Case Number 01-2094; Judgment for plaintiffs and against defendants in the amount of $$2,252,944,877.00 entered on 3/6/08. (gcy, ) (Entered: 03/20/2008) |
| 03/18/2008 | 2 | CIVIL Cover Sheet. (gcy, ) (Entered: 03/20/2008) |
| 03/18/2008 | 3 | (Court only) RECEIPT regarding payment of filing fee paid on 3/18/2008 in the amount of $39.00, receipt number 1117118. (gcy, ) (Entered: 03/20/2008) |
| 05/12/2008 | 4 | ATTORNEY Appearance for Plaintiff Deborah D Peterson by Jay J. Glenn. (kjc, ) (Entered: 05/14/2008) |
| 05/13/2008 | 10 | MOTION by Plaintiff Deborah D Peterson for appointment of receiver. (gcy, ) (Entered: 05/23/2008) |
| 05/13/2008 | 11 | NOTICE of Motion by Jay J. Glenn for presentment of plaintiff's motion for appointment of receiver 10 before Honorable Robert W. Gettleman on |

| | | |
|---|---|---|
| | | 6/17/2008 at 09:15 AM. (gcy, ) (Entered: 05/23/2008) |
| 05/13/2008 | 12 | ERRATA by Plaintiff Deborah D Peterson to Notice of Motion for appointment of receiver. (kjc, ) Modified on 5/30/2008 (kjc, ). (Entered: 05/27/2008) |
| 05/13/2008 | 13 | DECLARATION of David J. Cook in support of motion for appointment of receiver; Notice. (Exhibits) (kjc, ) (Entered: 05/27/2008) |
| 05/13/2008 | 14 | MEMORANDUM by Deborah D. Peterson of law in support of Deborah D. Peterson's notice of motion and motion for appointment of receiver of the Persepolis Fortification Collection and the Chogha Mish Collection pursuant to F.R.C.P. 66, Local Rule 66.1, F.R.C.P. 69(a)(1). The laws if the State of Illinois and the principle and practices of equity herein. (kjc, ) (Entered: 05/27/2008) |
| 05/14/2008 | 5 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Deborah D Peterson by David Julian Cook; Order entered granting leave by Judge Honorable Robert W. Gettleman. Filing fee $ 50 paid, receipt number 4624002470. (mjc, ) (Entered: 05/19/2008) |
| 05/16/2008 | 6 | MOTION by Plaintiff Deborah D Peterson to appoint special process server. (gcy, ) (Entered: 05/20/2008) |
| 05/16/2008 | 7 | NOTICE of Motion by Jay J. Glenn for presentment of Plaintiff's motion for appointment of special process server 6 before Honorable Robert W. Gettleman on 5/22/2008 at 09:15 AM. (gcy, ) (Entered: 05/20/2008) |
| 05/19/2008 | 8 | MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's motion to appoint Special Process Server is granted. Mailed notices (gcy, ) (Entered: 05/20/2008) |
| 05/19/2008 | 9 | ORDER Signed by the Honorable Robert W. Gettleman on 5/19/2008:(gcy, ) (Entered: 05/20/2008) |
| 05/29/2008 | 17 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Blanche M. Manning for all further proceedings in accordance with the provisions of Local Rule 40.4. Related case No. 03 CV 9370.. Signed by Honorable James F. Holderman on 5/29/08. (gcy, ) (Entered: 06/03/2008) |
| 05/30/2008 | | (Court only) ***Motions terminated: MOTION by Plaintiff Deborah D Peterson to appoint receiver 12 . (kjc, ) (Entered: 05/30/2008) |
| 06/02/2008 | 15 | MINUTE entry before the Honorable Blanche M. Manning: In this case (newly consolidated with 03 CV 9370), counsel for plaintiff Deborah Peterson filed a motion for appointment of a receiver [10-1], but noticed it for presentment on a date well beyond the 10 days permitted under Local Rule 5.3(b). Accordingly, the motion is stricken. See Local Rule 78.2.Mailed notice (rth, ) (Entered: 06/02/2008) |
| 06/02/2008 | 16 | MINUTE entry before the Honorable Blanche M. Manning: This case having been reassigned as related to 03 C 9370 which is pending on this court's |

| | | |
|---|---|---|
| | | calendar, a status hearing is hereby set for 7/8/2008 at 11:00 AM.Mailed notice (rth, ) (Entered: 06/02/2008) |
| 06/05/2008 | 18 | CITATION to Discover Assets issued as to The University of Chicago dba The Oriental Institute. (gcy, ) Modified on 6/13/2008 (amb, ). (Entered: 06/06/2008) |
| 06/05/2008 | 19 | Answer to Interrogatories to Garnishee by Field Museum of Natural History. (gcy, ) (Entered: 06/09/2008) |
| 06/10/2008 | 20 | NOTICE by all plaintiffs *Citation Notice;* (Attachments: # 1 Citation to Discover Assets, # 2 Certificate of Service and Affidavits)(Cook, David) (Entered: 06/10/2008) |
| 06/10/2008 | 21 | MOTION by Plaintiff Deborah D Peterson to appoint receiver *(The Persepolis Collection and Chogha Mish Collection)* (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Proof of Service)(Cook, David) (Entered: 06/10/2008) |
| 06/12/2008 | 22 | Answers to Interrogatories to Garnishee by The University of Chicago, The Oriental Institute (Allison, Matthew) (Entered: 06/12/2008) |
| 06/12/2008 | 23 | ATTORNEY Appearance for Garnishees The University of Chicago, The Oriental Institute by Matthew G. Allison (Allison, Matthew) (Entered: 06/12/2008) |
| 06/12/2008 | 24 | ATTORNEY Appearance for Garnishees The University of Chicago, The Oriental Institute by Matthew G. Allison *Appearance for Thomas A. Doyle* (Allison, Matthew) (Entered: 06/12/2008) |
| 06/12/2008 | 25 | MOTION by Plaintiff Deborah D Peterson to appoint receiver *ORDER GRANTING NOTICE OF* (Cook, David) (Entered: 06/12/2008) |
| 06/12/2008 | 27 | ATTORNEY Appearance for Garnishee The University of Chicago by Thomas Anthony Doyle. (gcy, ) (Entered: 06/16/2008) |
| 06/13/2008 | | (Court only) ***Motions terminated: MOTION by Plaintiff Deborah D Peterson to appoint receiver *ORDER GRANTING NOTICE OF* 25 (rth, ) (Entered: 06/13/2008) |
| 06/13/2008 | 26 | NOTICE of Motion by David Julian Cook for presentment of motion to appoint receiver 21 before Honorable Blanche M. Manning on 6/19/2008 at 11:00 AM. (Cook, David) (Entered: 06/13/2008) |
| 06/16/2008 | 28 | MINUTE entry before the Honorable Blanche M. Manning: The plaintiffs motion for appointment of a receiver [21-1] is denied.Mailed notice (rth, ) (Entered: 06/16/2008) |
| 06/16/2008 | 29 | MINUTE entry before the Honorable Blanche M. Manning: Minute entry of 6/2/2008 is amended as follows: In this case (newly reassigned pursuant to Local Rule 40.4 as related to 03 CV 9370), counsel for plaintiff Deborah Peterson filed a motion for appointment of a receiver [10-1], but noticed it for |

| | | |
|---|---|---|
| | | presentment on a date well beyond the 10 days permitted under Local Rule 5.3(b). Accordingly, the motion is stricken. See Local Rule 78.2.Mailed notice (rth, ) (Entered: 06/16/2008) |
| 06/25/2008 | 30 | ATTORNEY Appearance for Garnishee Field Museum of Natural History by R. Clay Bennett (Bennett, R.) (Entered: 06/25/2008) |
| 06/25/2008 | 31 | ATTORNEY Appearance for Garnishee Field Museum of Natural History by Thomas Justin Cunningham (Cunningham, Thomas) (Entered: 06/25/2008) |
| 06/25/2008 | 32 | ATTORNEY Appearance for Garnishee Field Museum of Natural History by Kevin David Kelly (Kelly, Kevin) (Entered: 06/25/2008) |
| 06/25/2008 | 33 | ATTORNEY Appearance for Garnishee Field Museum of Natural History by Simon A. Fleischmann (Fleischmann, Simon) (Entered: 06/25/2008) |
| 07/07/2008 | 34 | MINUTE entry before the Honorable Blanche M. Manning: Status hearing set for 7/8/2008 is reset to 8/12/2008 at 11:00 AM.Mailed notice (rth, ) (Entered: 07/07/2008) |
| 07/14/2008 | 35 | NOTICE of appeal by Deborah D Peterson regarding orders 21 Filing fee $ 455, receipt number 07520000000002932024. (Cook, David) (Entered: 07/14/2008) |
| 07/15/2008 | 36 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 35 . Notified counsel (air, ) (Entered: 07/15/2008) |
| 07/15/2008 | 37 | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 07/15/2008) |
| 07/16/2008 | 38 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 35 ; USCA Case No. 08-2764. (gcy, ) (Entered: 07/18/2008) |
| 07/24/2008 | 39 | DESIGNATION by Deborah D Peterson of record on appeal : USCA Case No. 08-2764 (Cook, David) (Entered: 07/24/2008) |
| 07/25/2008 | 40 | DESIGNATION by Deborah D Peterson of record on appeal : USCA Case No. 08-2764 (Cook, David) (Entered: 07/25/2008) |

**KEY**

**All items are included in this record.  (or)**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**