UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal )<br>Representatives of the Estate of James C. )<br>Knipple (Dec.), )<br>AND ALL THOSE PLAINTIFFS )<br>LISTED ON EXHIBIT "A" WHICH IS )<br>ATTACHED HERETO AND )<br>INCORPORATED BY REFERENCE. )<br>)<br>      Plaintiffs-Judgment Creditors, )<br>)<br>vs. )<br>)<br>ISLAMIC REPUBLIC OF IRAN, )<br>)<br>      Defendant-Judgment Debtor. )<br>)<br>vs. )<br>)<br>ARCHER-DANIELS-MIDLAND )<br>COMPANY, )<br>)<br>Citation Third Party Respondent. )<br>_____ ) | Case No.: 108-CV-01592<br><br>Judge Blanche M. Manning |

## CITATION TO DISCOVER ASSETS PURSUANT TO RULE 69 FRCP

To:    ARCHER-DANIELS-MIDLAND COMPANY
        c/o CT CORPORATION SYSTEM
        208 So. Lasalle Street, Suite 814
        Chicago, IL 60604

YOU ARE REQUIRED to cause your designated corporate officer to appear on *September 19, 2008*, at the hour of *10:00 a.m.*, in the offices of JAY GLENN, ESQ., 2275 Half Day Road, Suite 350, Bannockburn, IL 60015, to be examined under oath to discover assets or property subject to execution in satisfaction of the judgment in this matter.

-1-

YOU ARE REQUIRED at the time of the examination to submit your answer to this Citation on the form attached hereto as Appendix "A", and to produce the information and documents specified therein.

A judgment in favor of DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et al., AND ALL THOSE PLAINTIFFS LISTED ON EXHIBIT "A" WHICH IS ATTACHED HERETO AND INCORPORATED BY REFERENCE., jointly and severally, in the amount of TWO BILLION SIX HUNDRED FIFTY-SIX MILLION NINE HUNDRED FORTY-FOUR THOUSAND EIGHT HUNDRED SEVENTY-SEVEN DOLLARS ($2,656,944,877) and against ISLAMIC REPUBLIC OF IRAN, Ministry of Foreign Affairs; IRANIAN MINISTRY OF INFORMATION AND SECURITY, was entered on 9/7/07 in the United States District Court, District of Columbia, and registered on 3/18/08 in the United States District Court, Northern District of Illinois (Eastern District). The entire judgment remains unsatisfied.

Your answer will inform the Court as to property you may hold belonging to ISLAMIC REPUBLIC OF IRAN ("Judgment Debtor").

The terms "assets" and "property", as used in this Citation and the Appendix hereto, include, without limitation, any grain, wheat, refined products, foodstuffs, raw products, grain products of any type or nature, general intangibles, futures contracts, rights in favor of, and for the benefit of, contracts in favor of, and for the benefit of, contracts or rights to deliver grain, wheat, refined products, raw goods, grain products, now or in the future, rights or contracts to deliver, sell or vend any personal property, owed to, in favor of, for the benefit of, owned by, to be owned or delivered to, or due to THE ISLAMIC REPUBLIC OF IRAN.

YOU ARE REQUIRED to do the following upon receiving this Citation until further Order of Court in accordance with Illinois Supreme Court Rule 377(1), or until this citation is dismissed by the court or by Stipulation.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtors or to which they may be entitled or may be acquired by or become due to them, until further order of court or termination of the proceeding. You are not required to withhold the payment of any money beyond double the amount of the judgment

WARNING: Your failure to comply with the citation proceeding may result in a judgment being entered against you for the unsatisfied amount of this judgment. 735 ILCS 5/2-1402(d)(1).

WARNING: YOUR FAILURE TO APPEAR AS DIRECTED HEREIN MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE

PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

### CERTIFICATE OF ATTORNEY

A judgment in favor of DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et al., AND ALL THOSE PLAINTIFFS LISTED ON EXHIBIT "A" WHICH IS ATTACHED HERETO AND INCORPORATED BY REFERENCE., jointly and severally, in the amount of TWO BILLION SIX HUNDRED FIFTY-SIX MILLION NINE HUNDRED FORTY-FOUR THOUSAND EIGHT HUNDRED SEVENTY-SEVEN DOLLARS ($2,656,944.877) and against ISLAMIC REPUBLIC OF IRAN, et al., SEE EXHIBIT "A" ATTACHED HERETO, was entered on 9/7/07 in the United States District Court, District of Columbia, and registered on 3/18/08 in the United States District Court, Northern District of Illinois (Eastern District) as Case No. 108-CV-01592. The entire balance of the judgment remains unsatisfied and due.

I the undersigned certify to the Court under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the information herein is true.

/s/
_____
Attorneys for the Judgment Creditors
JAY GLENN, ESQ. (ARDC #0970719)
2275 Half Day Road, Suite 350
Bannockburn, IL 60015
Telephone: (849) 526-9209
Fax: (847) 526-9207
Email: glennatty@aol.com

WITNESS: 8-22 , 2008

/s/
_____
Clerk of the Court

/s/
_____
Deputy Clerk

DAVID J. COOK, ESQ. (CA SB# 060859)
COOK COLLECTION ATTORNEYS
P.O. Box 270
San Francisco, CA 94104-0270
Telephone: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@Squeezebloodfromturnip.com

## APPENDIX "A"

I      **ANSWER TO CITATION**

I, _____, a designed corporate officer of the Citation Respondent, certify under penalty of perjury that with regard to the property of the judgment debtors, the Citation Respondent files the following answer to this Citation to Discover Assets:

    1) The Citation Respondent is in possession of the following property and/or assets of the judgment debtors (list and describe in full detail - use additional sheets if necessary):

_____
_____
_____
_____
_____

    2) The Citation Respondent received possession of the above-described property and/or assets of the judgment debtors under the circumstances, at the time and pursuant to the agreement(s) detailed below:

_____
_____
_____
_____
_____

    3) The value of the above-described property and/or assets of the judgment debtors is (specify source of determination of value, e.g. insurance assessment or estimate, etc.):

_____
_____
_____

_____
Designated Officer of Citation Respondent

II    **INFORMATION AND DOCUMENTS TO BE PRODUCED UPON EXAMINATION**

You are required to product at the examination conducted pursuant to this Citation, inter alia, the information, documents and records specified below:

    1) Copies of any and all agreements, memorandum of understanding, bills of lading, warehouse receipts, freight bills, shipping or carriage bills, contracts, letters of understanding or similar instruments of any type, from any date, to which the Citation Respondent and the judgment debtors are party.

    2) Copies of any and all correspondence, notices, written inquiries, letters, or writings of any nature and kind whatsoever, from any date, by and between the Citation Respondent and the judgment debtors, in respect to any assets or property of the judgment debtors.

    3) Copies of any and all correspondence, notices, written inquiries, letters of direction, legal processes or writings of any nature and kind whatsoever, from any date, by and between the Citation Respondent and the Office of Foreign Assets control of the United states Treasury (OFAC) or any other department or agency of the government of the United States, relating to assets or property of the judgment debtors.

    4) Any and all licenses, notices, letters of direction or other legal documents of any kind and from any date, issued by or originating from OFAC and addressed, sent or directed to the Citation Respondent, relating to assets or property of the judgment debtors.

    5) Any and all documents which show, evidence or indicate, any obligation to make a payment, promise to make payment, pending bill or claim, or payment either in part or in whole, by the judgment debtor to the Citation Respondent for any products or services.

    6) Any and all records of any type or nature which evidence any sale, transfer, shipment, delivery, warehousing, retention, cultivation, harvesting, planting, maintenance, of any products, including wheat, or other foodstuffs which are to be sold, shipped, delivered, handed over, or given to the judgment debtor by the Citation Respondent, or any other person known to the Citation Respondent.

    7) Any and all records of any type or nature which evidence the possession, retention, custody, control, shipment, transportation, or delivery, of any products, including wheat, or other foodstuffs which are to be sold, shipped, delivered, handed over, or given to the judgment debtor by the Citation Respondent, or any person known to the Citation Respondent.

    8) Any and all records of any type or nature which evidence any negotiations between the judgment debtor and the Citation Respondent which relate to the possession, retention, custody, control, shipment, transportation, or delivery, of any products, including wheat, or other

foodstuffs which are to be sold, shipped, delivered, handed over, or given to the judgment debtor by the Citation Respondent, or any person known to the Citation Respondent.

9) Any and all other records by and between the judgment debtor and the Citation Respondent.

The time period for these records are 1/1/06 to date hereof.

The terms "Citation Respondent and "judgment debtors", as used in this Appendix, include any agency, instrumentality, agent, officer, and/or predecessors or successors in interest thereof.

I, _____ on oath state:

I am over 21 years of age and not a party to this case. I served the Citation Notice and the Citation to Discover Assets by leaving a copy with _____ (Designated Officer/Agent of the Third Party Respondent) on _____, 2008 at the hour of _____ a.m./p.m. at _____ County, Illinois.

F:\USERS\DJCNEW\peterson.citationdiscoverarcher

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| JENNY RUBIN, et al., | ) |
| Plaintiffs – Judgment Creditors, | ) |
| v. | ) Case No.: 03-CV-9370 |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) Judge Blanche Manning |
| | ) Magistrate Judge Martin C. Ashman |
| Defendants – Judgment Debtors. | ) |
| v. | ) |
| THE UNIVERSITY OF CHICAGO, et al., | ) |
| Citation Third Party Respondents | ) |

## PROOF OF SERVICE

HIS EXCELLENCY AYATOLLAH
SAYED 'ALI KHAMENEI
THE OFFICE OF THE SUPREME
LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

President
HIS EXCELLENCY MAHMOUD
AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran

ISLAMIC REPUBLIC OF IRAN acting
through its MINISTRY OF DEFENSE AND
SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI
c/o Office of the Deputy for International Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

ARCHER-DANIELS-MIDLAND COMPANY
c/o CT CORPORATION SYSTEM
208 So. Lasalle Street, Suite 814
Chicago, IL 60604

    I declare:

    I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

    CITATION NOTICE
    CITATION TO DISCOVER ASSETS PURSUANT TO RULE 69 FRCP

on the above-named person(s) by:

    __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

    I declare under penalty of perjury that the foregoing is true and correct.
    Executed on August 22, 2008.

                                            /s/Karene Jen
                                            Karene Jen