UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON. Personal Representatives of the Estate of James C. Knipple (Dec.). et. al.. )<br><br>Plaintiffs-Judgment Creditors. )<br><br>vs. )<br><br>ISLAMIC REPUBLIC OF IRAN, et al.. )<br><br>Defendants-Judgment Debtors. ) | Case No.: 108-CV-01592<br><br>Judge Blanche M. Manning |

## CITATION NOTICE

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et. al.. | Case No.: 108-CV-01592 |
| AND ALL THOSE PLAINTIFFS LISTED ON EXHIBIT "A" WHICH IS ATTACHED HERETO AND INCORPORATED BY REFERENCE. | Return Date: September 19. 2008<br>Time: 10:00 a.m.<br>Address: 2275 Half Day Road, Suite 350<br>　　　　　　Bannockburn, IL 60015 |

Judgment Creditors

v.

ISLAMIC REPUBLIC OF IRAN,

Judgment Debtors

Judgment Debtors' Last Known Address:

Leader of the Islamic Republic
HIS EXCELLENCY AYATOLLAH
SAYED 'ALI KHAMENEI
THE OFFICE OF THE SUPREME
LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran
Email: info@leader.ir

President
HIS EXCELLENCY MAHMOUD
AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran
Fax: +98 21 6 649 5880
*Email dr-ahmadinejad@president.ir*

ISLAMIC REPUBLIC OF IRAN acting
through its MINISTRY OF DEFENSE AND
SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

Director, Human Rights Headquarters of
Iran
HIS EXCELLENCY MOHAMMAD
JAVAD LARIJANI
c/o Office of the Deputy for International
Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran
Fax: +98 21 5 537 8827

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI
SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

Judgment Creditors' Address:
DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et. al., AND ALL THOSE PLAINTIFFS LISTED ON EXHIBIT "A" WHICH IS ATTACHED HERETO
c/o David J. Cook, Esq.
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@SqueezeBloodFromTurnip.com

A judgment has been entered in favor of Plaintiffs DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.), et. al., AND ALL THOSE PLAINTIFFS LISTED ON EXHIBIT "A" WHICH IS ATTACHED HERETO AND INCORPORATED BY REFERENCE against ISLAMIC REPUBLIC OF IRAN, et al., SEE EXHIBIT "A" ATTACHED HERETO, jointly and severally, in the amount of TWO BILLION SIX HUNDRED FIFTY-SIX MILLION NINE HUNDRED FORTY-FOUR THOUSAND EIGHT HUNDRED SEVENTY-SEVEN DOLLARS ($2,656,944,877) in compensatory damages to and against Iran and was entered on 9/7/07 in the United States District Court, District of Columbia and registered on 3/18/08 in the United States District Court, Northern District of Illinois (Eastern District). The amount of the unpaid judgment is $2,656,944,877, with interest at the federal rate thereof from 9/7/07 to the date hereof. No part of this judgment has been paid.

Attorneys for Judgment Creditor:

JAY GLENN, ESQ. (ARDC #0970719)
2275 Half Day Road, Suite 350
Bannockburn, IL 60015
Telephone: (849) 526-9209
Fax: (847) 526-9207
Email: glennatty@aol.com

DAVID J. COOK, ESQ. (CA SB# 060859)
COOK COLLECTION ATTORNEYS
P.O. Box 270
San Francisco, CA 94104-0270
Telephone: (415) 989-4730
Fax: (415) 989-0491

Email: Cook@Squeezebloodfromturnip.com

Name of Person to Receive Citation:

ARCHER-DANIELS-MIDLAND COMPANY
c/o CT CORPORATION SYSTEM
208 So. Lasalle Street, Suite 814
Chicago, IL 60604

NOTICE TO PERSON SERVED: Please take notice that this court has issued a citation against ARCHER-DANIELS-MIDLAND COMPANY. The citation directs the person to appear in counsel's office to be examined for the purpose of allowing the Judgment Creditor to discover income and assets belonging to the Judgment Debtor or in which the Judgment Debtor may have an interest. The citation was issued on the basis of a judgment against the Judgment Debtor and in favor of the Judgment Creditor in the amount which is stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment of the judgment.

The amount of the income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

     (1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor.
     (2) Social Security and SSI benefits;
     (3) Public assistance benefits;
     (4) Unemployment compensation benefits;
     (5) Worker's compensation benefits;
     (6) Veteran's benefits;
     (7) Circuit breaker property tax relief benefits;
     (8) The debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle;
     (9) The debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor;
     (10) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.
     (11) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (I) 155 of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.
     (12) Under federal law, the amount of wages that may be applied toward a judgment is

limited to the lesser of (I) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(13) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney by regular first class mail, regarding the time and location of such hearing. <u>This notice may be sent to the judgment debtor by regular first class mail.</u>

I certify that this Citation Notice was sent by first class mail, postage prepaid to the judgment debtor on August 22, 2008.

                                          /s/ David J. Cook
                                          DAVID J. COOK, ESQ. (SB# 060859)
                                          Preparer's Signature

Preparing Attorney's Name:

JAY GLENN, ESQ. (ARDC #0970719)
2275 Half Day Road, Suite 350
Bannockburn, IL 60015
Telephone: (849) 526-9209
Fax: (847) 526-9207
Email: glennatty@aol.com

DAVID J. COOK, ESQ. (CA SB# 060859)
COOK COLLECTION ATTORNEYS
P.O. Box 270
San Francisco, CA 94104-0270
Telephone: (415) 989-4730
Fax: (415) 989-0491
Email: <u>Cook@Squeezebloodfromturnip.com</u>
F:\USERS\DJCNEW\peterson.citationarcher

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH D. PETERSON, Personal Representatives of the Estate of James C. Knipple (Dec.). AND ALL THOSE PLAINTIFFS LISTED ON EXHIBIT "A" WHICH IS ATTACHED HERETO AND INCORPORATED BY REFERENCE.<br><br>Plaintiffs-Judgment Creditors,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant-Judgment Debtor. | Case No.: 108-CV-01592<br><br>Judge Blanche M. Manning |

## PROOF OF SERVICE

HIS EXCELLENCY AYATOLLAH
SAYED 'ALI KHAMENEI
THE OFFICE OF THE SUPREME
LEADER
Islamic Republic Street
Shahid Keshvar Doust Street
Tehran, Islamic Republic of Iran

President
HIS EXCELLENCY MAHMOUD
AHMADINEJAD THE PRESIDENT
Palestine Avenue
Azerbaijan Intersection
Tehran, Islamic Republic of Iran

ISLAMIC REPUBLIC OF IRAN acting
through its MINISTRY OF DEFENSE AND
SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street
Beginning of Resalat Highway
Seyyed Khandan Bridge
P.O. Box 16765-1479
Tehran, Iran
Attn: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue
Golestan Yekom
Teheran, Iran
ATTN: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue
United Nations Street
Teheran, Iran
ATTN: President Dr. Ahmadinejad or
Agent for Service of Process or
Responsible Officer

Director, Human Rights Headquarters of Iran
HIS EXCELLENCY MOHAMMAD JAVAD LARIJANI
c/o Office of the Deputy for International Affairs
Ministry of Justice
Ministry of Justice Building
Panzdah-Khordad (Ark) Square
Tehran, Islamic Republic of Iran

Minister of Intelligence
GHOLAM HOSSEIN MOHSENI EJEIE
MINISTRY OF INTELLIGENCE
Second Negarestan Street
Pasdaran Avenue
Tehran, Islamic Republic of Iran

Head of the Judiciary
AYATOLLAH MAHMOUD HASHEMI SHAHROUDI
Howzeh Riyasat-e Qoveh Qazaiyeh
Office of the Head of the Judiciary
Pasteur Street, Vali Asr Avenue
South of Serah-e Jomhouri
Tehran 1316814737
Islamic Republic of Iran

ARCHER-DANIELS-MIDLAND COMPANY
c/o CT CORPORATION SYSTEM
208 So. Lasalle Street, Suite 814
Chicago, IL 60604

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

CITATION NOTICE
CITATION TO DISCOVER ASSETS PURSUANT TO RULE 69 FRCP

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2008.

                                                /s/Karene Jen
                                                 Karene Jen