

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| CASE NUMBER | 08 C 1592 | DATE | 11/16/2009 |
| CASE TITLE | Deborah D. Peterson, et al. vs. Islamic Republic of Iran | | |

**DOCKET ENTRY TEXT**

Enter order. It is hereby ordered that plaintiffs are granted permission to have James F. Murphy, Esq., and Austin W. Bartlett, Esq., appear as local counsel for plaintiffs, and may so appear. It is further ordered that Jay J. Glenn, Esq., is hereby withdrawn as local counsel for plaintiffs.

■ [ For further detail see separate order(s).]  Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|